

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an [attorney must either be a me]mber in good standing of this Court's general bar or be grant[ed leave to appear pro hac vice as provided for] by Local Rules 83.12 through 83.14.

08cv2224
JUDGE LINDBERG
MAG. JUDGE MASON

In the Matter of

U.S. SECURITIES & EXCHANGE COMMISSION,
Plaintiff,
v.
JASON R. HYATT, JAY JOHNSON, & HYATT JOHNSON CAPITAL, LLC, Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

U.S. SECURITIES & EXCHANGE COMMISSION

**FILED**
J.N APR 1 8 2008
APR 18 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) Gregory P. von Schaumburg | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ [signature] | |
| FIRM U.S. SECURITIES & EXCHANGE COMMISSION | |
| STREET ADDRESS 175 W. Jackson Blvd., Suite 900 | |
| CITY/STATE/ZIP Chicago, IL 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) IL Bar No. 3127782 | TELEPHONE NUMBER (312) 353-7390 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |