

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARA~~NCE FORM~~**

NOTE: In order to appear before this Court an attorney must be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided by Local Rules 83.12 through 83.14.

08cv2224
JUDGE LINDBERG
MAG. JUDGE MASON

In the Matter of                                    Case Number:

U.S. SECURITIES & EXCHANGE COMMISSION,
Plaintiff,

v.

JASON R. HYATT, JAY JOHNSON, & HYATT JOHNSON CAPITAL, LLC, Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

U.S. SECURITIES & EXCHANGE COMMISSION

**FILED**
APR 18 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) Sarah Joyce Hewitt | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Sally J Hewitt | |
| FIRM U.S. SECURITIES & EXCHANGE COMMISSION | |
| STREET ADDRESS 175 W. Jackson Blvd., Suite 900 | |
| CITY/STATE/ZIP Chicago, IL 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) IL Bar No. 6193997 | TELEPHONE NUMBER (312) 353-7390 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |