**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

08cv2224
JUDGE LINDBERG
MAG. JUDGE MASON

| | |
|---|---|
| In the Matter of | Case Number: |

U.S. SECURITIES & EXCHANGE COMMISSION,
Plaintiff,
v.
JASON R. HYATT, JAY JOHNSON, & HYATT JOHNSON CAPITAL, LLC, Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

U.S. SECURITIES & EXCHANGE COMMISSION

**FILED**
JN APR 1 8 2008
APR 18 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Robin Andrews |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ *[signature]* |

| FIRM |
|---|
| U.S. SECURITIES & EXCHANGE COMMISSION |

| STREET ADDRESS |
|---|
| 175 W. Jackson Blvd., Suite 900 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| IL Bar No. 6285644 | (312) 353-7390 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |