UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**FILED**

APR 1 8 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JASON R. HYATT,<br>JAY JOHNSON, and<br>HYATT JOHNSON CAPITAL, LLC<br><br>Defendants. | CASE NO.<br><br>**08cv2224**<br>**JUDGE LINDBERG**<br>**MAG. JUDGE MASON** |

### PLAINTIFF'S EMERGENCY EX PARTE MOTION FOR ASSET FREEZE AND OTHER ANCILLARY RELIEF AND MOTION FOR PRELIMINARY INJUNCTIVE RELIEF

Plaintiff, the United States Securities and Exchange Commission ("Commission"), by its attorneys, respectfully moves for:

A. An Emergency *Ex Parte* Order:

1. Immediately and temporarily freezing the assets and other funds held, directly or indirectly on their behalf (including through a corporation, partnership, trust, or other business entity, relative, friend, or nominee), by Defendants Jason R. Hyatt and Hyatt Johnson Capital LLC, until, upon notice to Defendants, this Court holds a hearing to determine the merits of this motion in its entirety;

2. Ordering an accounting of all funds received by Defendants from investors as well as an accounting of any and all assets and liabilities of Defendants;

3.      Restraining the Defendants from destroying, mutilating, concealing, altering or disposing of any documents, electronically stored data or recordings relating to the offer, purchase, or sale of securities by Defendants;

4.      Requiring Defendants to produce to the Commission, within 5 days of the issuance of the Order, all accountant's reports, bank statements, brokerage statements, documents indicating title to real or personal property and any other indicia of current asset ownership in their possession, custody or control;

5.      Requiring Defendants to produce to the Commission, within five days of the issuance of the Order, all books, records and other documents in their possession, custody or control relating to the offer, purchase or sale of securities;

6.      Pursuant to Rule 26(d) of the Federal Rules of Civil Procedure, for an Order granting the Commission leave to take expedited discovery including requests for documents, interrogatories and depositions, allowing the Commission to initiate discovery immediately and prior to any meeting under Rule 26(f) of the Federal Rules of Civil Procedure; and

B.      Preliminary Injunctive Relief

Upon notice to Defendants and a hearing, pursuant to Rule 65 of the Federal Rules of Civil Procedure, an Order granting a preliminary injunction enjoining Defendants and their officers, agents, servants, employees, attorneys and those persons in active concert or participation with them who receive actual notice of the Order by personal service or otherwise, and each of them from directly or indirectly, engaging in acts or practices and courses of business that violate Section 17(a) of the Securities Act of 1933 (the "Securities Act") [15 U.S.C. § 77q(a)], Sections 10(b) [15 U.S.C. § 78j(b)] and 15(a)(1) [15 U.S.C. § 78o(a)(1)] of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 [17 C.F.R. § 240.10b-5]

thereunder, and Sections 206(1), 206(2) and 206(4) of the Investment Advisers Act of 1940 (the "Advisers Act") [15 U.S.C. §§ 80b-6(1) and 80b-6(2)] and Rule 206(4)-8 [17 C.F.R. § 275.206(4)-8] thereunder;

C.   Such other relief as the Court may deem appropriate.

In support of this motion, the Commission adopts and incorporates the facts and arguments contained in its Memorandum in Support of its Motion for Preliminary Injunctive Relief, Asset Freeze and other Ancillary Relief.

Respectfully submitted,

Gregory von Schaumburg, IL Bar No. 3127782
Sally Hewitt, IL Bar No. 6193997
Robin Andrews, IL Bar No. 6285644

Attorneys for Plaintiff
U.S. SECURITIES AND
EXCHANGE COMMISSION
175 W. Jackson Blvd., Suite 900
Chicago, IL 60604
Telephone: (312) 353-7390
Facsimile: (312) 353-7398

Dated: April 18, 2008