# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge If Other than Assigned Judge | William J. Hibbler |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2224 | **DATE** | 4/18/2008 |
| **CASE TITLE** | United States Securities and Exchange Commission vs. Jason R. Hyatt, et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 4/18/2008. Plaintiff's emergency ex parte motion for asset freeze and other ancillary relief is granted as stated in open court. Plaintiff's motion for preliminary injunctive relief is entered and continued for a hearing before Judge Lindberg on 4/30/2008 at 10:30 a.m. Enter Ex Parte Order Temporarily Freezing Assets of Jason R. Hyatt and Hyatt Johnson Capital, LLC and other Ancillary Relief. The assets of Jason R. Hyatt and Hyatt Johnson Capital, LLC are hereby frozen. Defendants are ordered to make a sworn accounting, to this Court. All records are ordered preserved. Defendants are ordered to produce to the plaintiff all ordered document requests. Plaintiff's motion for expedited discovery is granted.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:45

| | Courtroom Deputy Initials: | SB |
|---|---|---|