# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, : : : Plaintiff, : : v. : : JASON R. HYATT, : JAY JOHNSON, and : HYATT JOHNSON CAPITAL, LLC : : Defendants. : : | CASE NO.  1:08-cv-2224<br><br>Hon. George W. Lindberg<br><br>Magistrate Judge Michael T. Mason |

## SEC'S MOTION FOR RULE TO SHOW CAUSE AGAINST JASON R. HYATT AND HEIDI E. HYATT

Plaintiff, the United States Securities and Exchange Commission ("the SEC"), respectfully requests that this Court enter an order requiring Defendant Jason R. Hyatt and Heidi E. Hyatt to show cause why they should not be held in contempt for failing to comply with the Court's April 18, 2008 order.  In support of this Motion, the Commission submits an accompanying memorandum of law.

Respectfully submitted,

s/ Robin Andrews
Gregory von Schaumburg, IL Bar No. 3127782
Robin Andrews, IL Bar No. 6285644
Charles J. Kerstetter, *pro hac vice* pending
Attorneys for Plaintiff
U.S. SECURITIES AND
EXCHANGE COMMISSION
175 W. Jackson Blvd., Suite 900 Chicago, IL 60604
Telephone: (312) 353-7390
Facsimile: (312) 353-7398

Dated:  April 19, 2008