UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | : : : |
| Plaintiff, | : : |
| v. | : :  CASE NO.  1:08-cv-2224 |
| JASON R. HYATT, JAY JOHNSON, and HYATT JOHNSON CAPITAL, LLC | : : :  Hon. George W. Lindberg : |
| | :  Magistrate Judge Michael T. Mason |
| Defendants. | : : |

**CERTIFICATE OF SERVICE**

I, Robin Andrews, an Attorney for Plaintiff Securities and Exchange Commission, hereby certify that on April 19, 2008, I caused true and correct copies of the foregoing to be served upon Defendants by email, via counsel:

Brett Nolan, Esq. (bnolan@shefskylaw.com)

Robert Michels, Esq. (rmichels@winston.com)

Mark L. Rotert, Esq. (mrotert@stetleranduffy.com)

                                             s/ Robin Andrews
                                             Robin Andrews, Illinois Bar No. 6285644
                                             Attorney for Plaintiff
                                             U.S. SECURITIES AND
                                             EXCHANGE COMMISSION
                                             175 W. Jackson Blvd., Suite 900
                                             Chicago, IL 60604
                                             Telephone: (312) 353-7390
                                             Facsimile: (312) 353-7398