# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

United States Securities and Exchange Commission

                Plaintiff,

v.

Jason R. Hyatt, et al.

                Defendant.

Case No.: 1:08−cv−02224

Honorable George W. Lindberg

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 21, 2008:

    MINUTE entry before Judge Honorable George W. Lindberg: Status hearing set for 4/23/2008 at 9:10a.m. The United States Securities and Exchange Commission is directed to give notice to the defendants Jason R. Hyatt, Jay Johnson and Hayatt Johnson Capital, LLC notice of the status hearing scheduled for 4/23/2008. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.