**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

United States Securities and Exchange Commission
             Plaintiff,

v.                      Case No.: 1:08−cv−02224

                     Honorable George W. Lindberg

Jason R. Hyatt, et al.
             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 23, 2008:

  MINUTE entry before Judge Honorable George W. Lindberg:Status hearing held. Plaintiff's motion for preliminary injunctive relief is reset to 5/7/2008 at 11:00a.m. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.