

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | William J. Hibbler |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2224 | **DATE** | 4/21/2008 |
| **CASE TITLE** | United States Securities and Exchange Commission vs. Jason R. Hyatt | | |

**DOCKET ENTRY TEXT**

Hearing on Motion held on 4/21/2008. SEC's Emergency Motion for Rule to Show Cause Against Jason R. Hyatt and Heidi E. Hyatt [9], why they should not be held in contempt for failing to comply with the Court's order of 4/18/2008 is entered and continued to 4/30/2008 at 10:30 a.m. for hearing before Judge Lindberg. The Court finds that defendants Jason R. Hyatt and Heidi E. Hyatt are required to return $50,000 to the frozen account under their control at The Private Bank by 3:00 p.m. on Monday, 4/21/2008. The Court also continues the existing asset freeze order until 4/30/2008 or until further order of court. Enter Order Requiring Defendants Jason R. Hyatt and Heidi E. Hyatt to Return Withdrawn Funds, and Other Relief as stated in the order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | SB |
|---|---|---|