

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CASE NO.  1:08-cv-2224** |
| | : | |
| **JASON R. HYATT,** | : | |
| **JAY JOHNSON, and** | : | **Hon. George W. Lindberg** |
| **HYATT JOHNSON CAPITAL, LLC** | : | |
| | : | **Magistrate Judge Michael T. Mason** |
| **Defendants.** | : | |

## ORDER REQUIRING DEFENDANT JASON R. HYATT AND HEIDI E. HYATT TO RETURN WITHDRAWN FUNDS, AND OTHER RELIEF

This cause coming to be heard on the Motion of Plaintiff, the United Securities and Exchange Commission (the "SEC"), for a Rule to Show Cause against Defendant Jason R. Hyatt and Heidi E. Hyatt, the Court having considered the SEC's Motion, Memorandum and attachments, orders the following:

### I.

### RETURN OF WITHDRAWN FUNDS

**IT IS HEREBY ORDERED** that Defendant Jason R. Hyatt and Heidi E. Hyatt shall return $50,000 to the frozen account under their control at The Private Bank by 3:00 p.m. on Monday, April 21, 2008.

### II.

### PRODUCTION OF TELEPHONE AND EMAIL RECORDS

**IT IS HEREBY FURTHER ORDERED** that Defendant Jason R. Hyatt and Heidi E. Hyatt shall immediately produce to the SEC all telephone records for telephone calls made

between April 18, 2008 and April 21, 2008. Defendant Jason R. Hyatt and Heidi E. Hyatt shall

also immediately produce to the SEC all emails between Jason R. Hyatt or Heidi E. Hyatt and

Robert Michels, Esq. between April 18, 2008 and April 21, 2008. Robert Michels, Esq. is

further ordered to immediately produce to the SEC all telephone records for telephone calls made

to Defendant Jason R. Hyatt or Heidi E. Hyatt on April 18, 2008 insofar as they show the time of

the calls and the telephone numbers called. Robert Michels, Esq. is further ordered to produce

all April 18, 2008 emails sent from himself, or at his direction, to either Defendant Hyatt or

Heidi E. Hyatt.

### III.

### PRODUCTION OF VIDEOTAPES AND WITNESSES BY THE PRIVATE BANK

**IT IS HEREBY FURTHER ORDERED** that The Private Bank immediately produce to

the SEC all videotapes that show any April 18, 2008 transactions by Defendant Jason R. Hyatt or

Heidi E. Hyatt. The Private Bank shall also immediately identify to the SEC the bank tellers

who processed all April 18, 2008 transactions by Defendant Jason R. Hyatt or Heidi E. Hyatt.

The SEC and The Private Bank shall consult with each other to obtain sufficient evidentiary

matter from the identified bank tellers.

### IV.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Court shall

retain jurisdiction of this matter for all purposes.


**SO ORDERED:**


_Wm. J. Hibbler_

**UNITED STATES DISTRICT JUDGE**


Dated: April _9/2_, 2008

2