# United States District Court, Northern District of Illinois

*HHN*

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | William J. Hibbler |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2224 | **DATE** | 4/30/2008 |
| **CASE TITLE** | S.E.C. vs. HYATT, et al. | | |

**DOCKET ENTRY TEXT**

The letter dated 4/28/08 was received by Judge Hibbler on 4/29/08. Any party wishing to pursue any issues raised by this unfiled, un-noticed ex parte communication may file an appropriate motion before Judge Lindberg.

Docketing to mail notices.
Copy given to Judge Lindberg.

| | Courtroom Deputy Initials: | JHC |
|---|---|---|