# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES SECURITIES** : | |
| **AND EXCHANGE COMMISSION,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| **v.** : | **CASE NO. 1:08-cv-2224** |
| : | |
| **JASON R. HYATT,** : | |
| **JAY JOHNSON, and** : | **Hon. George W. Lindberg** |
| **HYATT JOHNSON CAPITAL, LLC** : | |
| : | **Magistrate Judge Michael T. Mason** |
| **Defendants.** : | |

## CERTIFICATE OF SERVICE

I, Robin Andrews, an Attorney for Plaintiff Securities and Exchange Commission, hereby

certify that on May 2, 2008, I caused true and correct copies of the foregoing to be served upon

Defendants by email, via counsel:

Thomas M. Leinenweber, Esq. (thomas@landb.us)

Mark L. Rotert, Esq. (mrotert@stetlerandduffy.com)

s/ Robin Andrews
Robin Andrews, Illinois Bar No. 6285644
Attorney for Plaintiff
U.S. SECURITIES AND
EXCHANGE COMMISSION
175 W. Jackson Blvd., Suite 900
Chicago, IL 60604
Telephone: (312) 353-7390
Facsimile: (312) 353-7398