UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | : | |
| Plaintiff, | : | |
| v. | : | CASE NO. 1:08-cv-2224 |
| JASON R. HYATT, JAY JOHNSON, and HYATT JOHNSON CAPITAL, LLC | : | Hon. George W. Lindberg |
| | : | Magistrate Judge Michael T. Mason |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Robin Andrews, an Attorney for Plaintiff Securities and Exchange Commission, hereby certify that on May 2, 2008, I caused true and correct copies of the foregoing to be served upon Defendants by email, via counsel:

Thomas M. Leinenweber, Esq. (thomas@landb.us)

Mark L. Rotert, Esq. (mrotert@stetlerandduffy.com)

s/ Robin Andrews
Robin Andrews, Illinois Bar No. 6285644
Attorney for Plaintiff
U.S. SECURITIES AND
EXCHANGE COMMISSION
175 W. Jackson Blvd., Suite 900
Chicago, IL 60604
Telephone: (312) 353-7390
Facsimile: (312) 353-7398