# MICHAEL R. DEMNICKI
ATTORNEY AT LAW

800 South Roselle Road, Schaumburg, Illinois 60193-3965
• Telephone (312) 404-5150 • Facsimile (847) 891-2900

08cv2224

Honorable William J. Hibler
United States District Court for the
Northern District of Illinois
Everett McKinley Dirksen Building
United States Courthouse
Suite 1262
219 South Dearborn Street
Chicago, Illinois 60604

FILED
APR 29 2008
4-29-2008
JUDGE WILLIAM J. HIBBLER
UNITED STATES DISTRICT COURT

Re: SEC v. Hyatt et al. (1:08-cv-2224)

April 28, 2008

Dear Judge Hibler,

I am writing this honorable Court in an attempt to explain the nature of a transfer of funds to Jason R. Hyatt on or about April 15, 2008 and its relation to the above referenced matter.

For your reference, on Friday, April 18, 2008 this Court ruled upon an emergency motion by the United States Securities and Exchange Commission to freeze the personal assets of Mr. Hyatt. Prior to this action on or about Tuesday, April 15, 2008 I executed a personal check in the amount of One Hundred and Fifteen Thousand Dollars ($115,000) from my personal checking account at Harris Bank of Schaumburg ███████████ 2615 in an attempt to provide a loan to Mr. Hyatt. Funds did not clear the banking system until Friday afternoon approximately at the same time as the issuance of the asset freeze order by this Court.

I submit by declaration to this Court that this transfer of funds was a personal loan to Mr. Hyatt. Mr. Hyatt and his family are very dear friends of mine and reached out to me for financial assistance. These funds were to be used to help cover personal expenses and were delivered in anticipation of and following the delivery of Mr. Hyatt's fourth child. At the time of my execution of the check neither I nor Mr. Hyatt was aware of your impending order and at no time was there any attempt to circumvent the authority of this Court.

In light of these facts I respectfully request that this Court please release these funds from the coverage above mentioned asset freeze order. If you have any questions or need any further information regarding this funds transfer please contact me directly.

Sincerely,

Michael R. Demnicki