# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | George W. Lindberg | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2224 | **DATE** | 5/5/2008 |
| **CASE TITLE** | SEC vs. Hyatt, et al. | | |

**DOCKET ENTRY TEXT**

The docket clerk is directed to delete docket entry #21 from the docket sheet. Docket entry #29 is a redacted version of the entry.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|