UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLIONIOS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08-cv-2224 |
| ) | |
| JASON HYATT, ) | Judge Lindberg |
| JAY JOHNSON, and ) | Magistrate Judge Mason |
| HYATT JOHNSON CAPITAL, LLC. ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF MOTION**

To: Gregory Paul Von Schaumburg
Charles Kerstetter
Robin Andrews
Sarah Joyce Hewitt
United States Securities and Exchange Commission
175 West Jackson, Suite 900
Chicago, Illinois 60604

Mark Rotert
Henry Baskerville
Stetler & Duffy, Ltd.
11 South LaSalle Street, Suite 1200
Chicago, IL 60603

PLEASE take notice that on May 14, at 9:30 a.m. I will present the attached **MOTION TO MODIFY ORDER FREEZING ASSETS OF JASON R. HYATT AND HYATT JOHNSON CAPITAL, LLC** before the Honorable George Lindberg in courtroom 1425 of the United States District Court for the Northern District of Illinois at 219 South Dearborn Street, Chicago, Illinois, a copy of which is hereby served upon you.

s/Thomas More Leinenweber
Thomas More Leinenweber

# PROOF OF SERVICE

    I, Thomas More Leinenweber, an attorney, swear I served a copy of the above-referenced documents on the parties on the attached service list by e-mail on May 7, 2008.

s/Thomas More Leinenweber  
Thomas More Leinenweber

Thomas More Leinenweber  
Leinenweber & Baroni, LLC  
321 South Plymouth Court  
Suite 1200  
Chicago, Illinois 60604  
312-663-3003