# JAMES L. KOPECKY, P.C.
### ATTORNEYS AT LAW

April 29, 2008

<u>VIA E-MAIL</u>

Charles J. Kerstetter
Robin Andrews
U.S. Securities and Exchange Commission
175 West Jackson, Suite 900
Chicago, Illinois 60604-2615

**FILED**
APR 29 2008
Judge George W. Lindberg
United States District Court

Re:   *SEC v. Jason R. Hyatt, et al.*
      08 cv 2224

Gentlemen,

I am an attorney for Panacea Partners, LLC d/b/a DeLaCosta. As we discussed, DeLaCosta agrees to, and acknowledges and confirms it obligations as stated in the proposed Order Modifying Asset Freeze Order ("Order"). DeLaCosta will not make transfers to, directly or indirectly, Jason R. Hyatt, Jay Johnson or Hyatt Capital, LLC other then as provided by pursuant to the Order. DeLaCosta shall use the funds it currently holds and receives for operating expenses without direction from Jason Hyatt; and, in addition to all other provisions of the Order, DeLaCosts shall provide to the Staff the information required under paragraph 7. DeLaCosta recognizes and intends to fully comply with the Order as proposed.

Thank you for your cooperation.

Sincerely,

James L. Kopecky