UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| JASON R. HYATT, JAY JOHNSON, and HYATT JOHNSON CAPITAL, LLC, | ) ) ) ) |
| Defendants. | ) |

Case No. 1:08-cv-2224

Honorable George W. Lindberg

Magistrate Judge Michael T. Mason

## THE RECEIVER'S MOTION TO EMPLOY COUNSEL

Robert Handler, the Receiver appointed by Court Order dated May 5, 2008 (the "Receiver"), pursuant to Local Rule 66.1(a), moves this Court for entry of an Order authorizing him to employ counsel in this matter. In support thereof, the Receiver states as follows:

1. The Receiver is currently the receiver for defendant Hyatt Johnson Capital, LLC ("HJ Capital") and manger of certain HJ Capital affiliated limited liability companies ("Capital Affiliates"). The Receiver has contemporaneously moved to expand his receivership to include HJC Asset Holdings, LLC ("HJC Holdings") and HJC Asset Holdings Manager, Inc. ("HJC Manager" and together with HJC Holdings and HJ Capital, the "HJ Entities") in order to have authority over the assets that can incur to the eventual benefits of the investors in the Capital Affiliates.

2. The Receiver's duties as the receiver for the HJ Entities will require investigation of potential causes of action, as well as transactional and potentially securities work, including those relating to the potential sale of certain commercial aircraft and/or leases therefor. The Receiver will require services of attorneys with expertise in those areas.

129086-1

1

3.  Receiver proposes to retain Paula K. Jacobi of Sugar, Friedberg & Felsenthal, LLP ("SFF") as his counsel in this matter. Paula K. Jacobi of SFF, an established law firm located in Chicago, Illinois, and her firm have attorneys with the capability to provide the Receiver with the transactional, securities and litigation support that he needs.

4.  Paula K. Jacobi and other counsel of SFF have represented the Receiver in the past in connection with other business matters, including matters wherein Receiver had been appointed as a receiver for other entities. Neither Paula K. Jacobi nor other counsel of SFF has any interest in this case. If the Court so directs, the Receiver will provide an affidavit from the appropriate SFF attorney attesting to these facts.

WHEREFORE, Robert Handler respectfully requests entry of an Order authorizing him to retain Paula K. Jacobi of Sugar, Friedberg & Felsenthal LLP and her firm as his counsel in this case.

Respectfully submitted,

ROBERT HANDLER

Robert P. Handler
Commercial Recovery Associates, LLC
205 West Wacker Drive, Suite 918
Chicago, IL 60606
P: (312) 428-4858
F: (312) 893-2220

129086-1

2