UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:08-cv-2224 |
| v. | ) ) | Honorable George W. Lindberg |
| JASON R. HYATT, JAY JOHNSON, and HYATT JOHNSON CAPITAL, LLC, | ) ) ) | Magistrate Judge Michael T. Mason |
| Defendants. | ) ) | |

## NOTICE OF MOTION

To:   See Service List

PLEASE TAKE NOTICE that on Wednesday, May 14, 2008 at 9:30 a.m. we shall appear before the Honorable George W. Lindberg in Courtroom 1425 of the Northern District of Illinois, Eastern Division, 219 S. Dearborn, Chicago, Illinois, and present, **THE RECEIVER'S MOTION TO EMPLOY COUNSEL**, a copy of which is attached hereto.

Respectfully submitted,

**ROBERT HANDLER**

By:   */s/ Paula K. Jacobi*
      One of his proposed attorneys

Paula K. Jacobi, Esq.
Sugar, Friedberg & Felsenthal LLP
30 North LaSalle Street, Suite 3000
Chicago, Illinois 60602
(312) 704-9400

129125-1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of this NOTICE OF MOTION and THE RECEIVER'S MOTION TO EMPLOY COUNSEL were served in the following fashion and on the following parties:

By electronic mail service pursuant to the Court's CM/ECF system, on the following counsel, on May 9, 2008:

Robin Andrews    andrewsr@sec.gov

Henry M. Baskerville    hbasker@stetlerandd017;duffy.com, edocket@stetlerandd017;duffy.com

Robert P. Handler    rhandler@com-rec.com

Sarah Joyce Hewitt    hewitts@sec.gov

Thomas M. Leinenweber    thomas@landb.us

Mark L. Rotert    mrotert@stetleranddoubly;.com, edocket@stetleranddoubly;.com

Via Messenger on those parties set forth below, on May 9, 2008:

Charles J Kerstetter
Securities & Exchange Commission
175 West Jackson Street
Suite 900
Chicago, IL 60604-2601

Gregory Paul Von Schaumburg
Securities & Exchange Commission
175 West Jackson Street
Suite 900
Chicago, IL 60604-2601

/s/ Paula K. Jacobi
Paula K. Jacobi

129125-1