## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| JASON R. HYATT, JAY JOHNSON, and HYATT JOHNSON CAPITAL, LLC, | ) ) ) |
| Defendants. | ) |

Case No. 1:08-cv-2224

Honorable George W. Lindberg

Magistrate Judge Michael T. Mason

## NOTICE OF MOTION

To:   See Service List

PLEASE TAKE NOTICE that on Wednesday, May 14, 2008 at 9:30 a.m. we shall appear before the Honorable George W. Lindberg in Courtroom 1425 of the Northern District of Illinois, Eastern Division, 219 S. Dearborn, Chicago, Illinois, and present, **THE RECEIVER'S MOTION TO SUPPLEMENT RECEIVER ORDER**, a copy of which is attached hereto.

Respectfully submitted,

**ROBERT HANDLER**

By:   */s/ Paula K. Jacobi*
      One of his proposed attorneys

Paula K. Jacobi, Esq.
Sugar, Friedberg & Felsenthal LLP
30 North LaSalle Street, Suite 3000
Chicago, Illinois 60602
(312) 704-9400

129123-1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that copies of this NOTICE OF MOTION and THE RECEIVER'S MOTION TO SUPPLEMENT RECEIVER ORDER were served in the following fashion and on the following parties:

By electronic mail service pursuant to the Court's CM/ECF system, on the following counsel, on May 9, 2008:

    Robin Andrews    andrewsr@sec.gov

    Henry M. Baskerville    hbasker@stetleranduffy.com, edocket@stetleranduffy.com

    Robert P. Handler    rhandler@com-rec.com

    Sarah Joyce Hewitt    hewitts@sec.gov

    Thomas M. Leinenweber    thomas@landb.us

    Mark L. Rotert    mrotert@stetleranduffy.com, edocket@stetleranduffy.com

Via Messenger on those parties set forth below, on May 9, 2008:

    Charles J Kerstetter
    Securities & Exchange Commission
    175 West Jackson Street
    Suite 900
    Chicago, IL 60604-2601

    Gregory Paul Von Schaumburg
    Securities & Exchange Commission
    175 West Jackson Street
    Suite 900
    Chicago, IL 60604-2601

                                     */s/ Paula K. Jacobi*
                                       Paula K. Jacobi

129123-1