# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:08-cv-2224 |
| v. | ) ) | Honorable George W. Lindberg |
| JASON R. HYATT, JAY JOHNSON, and HYATT JOHNSON CAPITAL, LLC, | ) ) ) | Magistrate Judge Michael T. Mason |
| Defendants. | ) ) | |

## NOTICE OF WITHDRAWAL OF MOTION

PLEASE TAKE NOTICE that Robert Handler hereby withdraws his previously filed RECEIVER'S MOTION TO SUPPLEMENT RECEIVER ORDER. This withdrawal is without prejudice to bringing the Motion at a later date.

Respectfully submitted,

**ROBERT HANDLER**

By:   */s/ Paula K. Jacobi*
      One of his proposed attorneys

Paula K. Jacobi, Esq.
Sugar, Friedberg & Felsenthal LLP
30 North LaSalle Street, Suite 3000
Chicago, Illinois 60602
(312) 704-9400

129149-1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of this NOTICE OF WITHDRAWAL OF MOTION was served in the following fashion and on the following parties:

By electronic mail service pursuant to the Court's CM/ECF system, on the following counsel, on May 9, 2008:

    Robin Andrews    andrewsr@sec.gov

    Henry M. Baskerville    hbasker@stetleranduffy.com, edocket@stetleranduffy.com

    Robert P. Handler    rhandler@com-rec.com

    Sarah Joyce Hewitt    hewitts@sec.gov

    Thomas M. Leinenweber    thomas@landb.us

    Mark L. Rotert    mrotert@stetleranduffy.com, edocket@stetleranduffy.com

                                     */s/ Paula K. Jacobi*
                                      Paula K. Jacobi

129149-1