UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:08-cv-2224 |
| v. | ) ) | Honorable George W. Lindberg |
| JASON R. HYATT, JAY JOHNSON, and HYATT JOHNSON CAPITAL, LLC, | ) ) ) | Magistrate Judge Michael T. Mason |
| Defendants. | ) ) | |

**SUPPLEMENT TO CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the NOTICE OF WITHDRAWAL OF MOTION, that was efiled with the Court's CM/ECF system on Friday, May 12, 2008 (Docket #49), was served in the following fashion and on the following parties:

Via Messenger on those parties set forth below, on May 12, 2008:

    Charles J Kerstetter
    Securities & Exchange Commission
    175 West Jackson Street
    Suite 900
    Chicago, IL 60604-2601

    Gregory Paul Von Schaumburg
    Securities & Exchange Commission
    175 West Jackson Street
    Suite 900
    Chicago, IL 60604-2601

                                        Respectfully submitted,

                                        **ROBERT HANDLER**

                                        By:    */s/ Paula K. Jacobi*
                                                          One of his proposed attorneys

Paula K. Jacobi, Esq.
Sugar, Friedberg & Felsenthal LLP
30 North LaSalle Street, Suite 3000
Chicago, Illinois 60602
(312) 704-9400

129151-1