UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

United States Securities and Exchange Commission
                                         Plaintiff,

v.                                                     Case No.:
                                                     1:08−cv−02224
                                                     Honorable George
                                                     W. Lindberg

Jason R. Hyatt, et al.
                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 12, 2008:

        MINUTE entry before Judge Honorable George W. Lindberg:The request to withdraw motion to supplement is granted. The motion to supplement Receiver Order is withdrawn. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.