UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

United States Securities and Exchange Commission
                        Plaintiff,

v.

Jason R. Hyatt, et al.
                        Defendant.

Case No.:
1:08−cv−02224

Honorable George W. Lindberg

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 12, 2008:

    MINUTE entry before Judge Honorable George W. Lindberg: Defendant Jason Hyatt's motion to modify the order freezing assets [40] is entered and continued until May 28, 2008 at 9:30 a.m. In the event Michael Demnicki produces all documents responsive to the SEC's April 25, 2008 subpoena prior to May 28, 2008, the SEC is ordered to notify the court and the court may schedule a hearing on the motion prior to May 28, 2008. The motion by Receiver Robert Handler to appoint counsel [45] is entered and continued to May 21, 2008 at 9:15 a.m. Any objections to the motion to appoint counsel for the receive must be filed by May 16, 2008. No court appearance required on May 14, 2008. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.