# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| JASON R. HYATT, JAY JOHNSON, and HYATT JOHNSON CAPITAL, LLC, | ) ) ) |
| Defendants. | ) ) |

Case No. 1:08-cv-2224

Honorable George W. Lindberg

Magistrate Judge Michael T. Mason

## NOTICE OF MOTION

To:     See Service List

PLEASE TAKE NOTICE that on Wednesday, June 11, 2008 at 9:30 a.m. we shall appear before the Honorable George W. Lindberg in Courtroom 1425 of the Northern District of Illinois, Eastern Division, 219 S. Dearborn, Chicago, Illinois, and present, **THE RECEIVER'S MOTION TO SUPPLEMENT RECEIVER ORDER**, a copy of which is attached hereto.

Respectfully submitted,

**ROBERT HANDLER**

By:     */s/ Paula K. Jacobi*
        One of his attorneys

Paula K. Jacobi, Esq.
Sugar, Friedberg & Felsenthal LLP
30 North LaSalle Street, Suite 3000
Chicago, Illinois 60602
(312) 704-9400

129838-1

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of this NOTICE OF MOTION and THE RECEIVER'S MOTION TO SUPPLEMENT RECEIVER ORDER were served in the following fashion and on the following parties:

By electronic mail service pursuant to the Court's CM/ECF system, on the following counsel, on June 3, 2008:

Robert Paul Handler    rhandler@com-rec.com

Paula K. Jacobi    pjacobi@sff-law.com,jmiera@sff-law.com,ccoleman@sff-law.com,khewitt@sff-law.com

Mark L. Rotert    mrotert@stetleranduffy.com,edocket@stetleranduffy.com

Sarah Joyce Hewitt    hewitts@sec.gov

Thomas More Leinenweber    thomas@landb.us

Robin Andrews    andrewsr@sec.gov

Henry M. Baskerville    hbasker@stetleranduffy.com,edocket@stetleranduffy.com

Via U.S. Mail, postage prepaid on those parties set forth below, on June 3, 2008

Gregory Paul Von Schaumburg
Securities & Exchange Commission
175 West Jackson Street
Suite 900
Chicago IL 60604-2601


Charles J Kerstetter
Securities & Exchange Commission
175 West Jackson Street
Suite 900
Chicago IL 60604-2601

                                                     */s/ Paula K. Jacobi*
                                                     Paula K. Jacobi

129838-1