UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, : : : | |
| Plaintiff, : : | |
| v. : | CASE NO. 1:08-cv-2224 |
| : : | |
| JASON R. HYATT, : JAY JOHNSON, and : HYATT JOHNSON CAPITAL, LLC : : | Honorable George W. Lindberg |
| Defendants. : : | Magistrate Judge Michael T. Mason |

**PLAINTIFF'S MOTION TO PLACE ALL ASSETS OF DEFENDANT
JASON R. HYATT UNDER THE CONTROL OF THE EXISTING RECEIVER**

Plaintiff, the United States Securities and Exchange Commission ("SEC"), respectfully submits this Motion to place all assets of Defendant Jason R. Hyatt ("Defendant Hyatt") under the control of the existing receiver, Robert P. Handler, Esq., who is currently the receiver for Defendant HJ Capital. The SEC respectfully requests that the Court issue the attached proposed Order appointing Robert P. Handler, Esq. as receiver over all assets of Defendant Hyatt to preserve and protect whatever assets may be remaining for the benefit of investors.

Respectfully submitted,

s/ Robin Andrews
Gregory von Schaumburg, IL Bar No. 3127782
Robin Andrews, IL Bar No. 6285644
Attorneys for Plaintiff
U.S. SECURITIES AND
EXCHANGE COMMISSION
175 W. Jackson Blvd., Suite 900 Chicago, IL 60604
Telephone: (312) 353-7390

Dated: June 6, 2008