UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | : : : |
| Plaintiff, | : : |
| v. | : CASE NO.  1:08-cv-2224 : |
| JASON R. HYATT, JAY JOHNSON, and HYATT JOHNSON CAPITAL, LLC | : : Hon. George W. Lindberg : : Magistrate Judge Michael T. Mason |
| Defendants. | : : |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Wednesday, June 11, 2008**, at the hour of 11:15 a.m., the United States Securities and Exchange Commission ("SEC") shall appear before the Honorable George W. Lindberg in Courtroom 1425 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present, and seek a hearing date regarding, the SEC'S **MOTION TO PLACE ALL ASSETS OF DEFENDANT JASON R. HYATT UNDER THE CONTROL OF THE EXISTING RECEIVER**, filed on June 6, 2008, a copy of which was served upon you on that date.

                                      Respectfully submitted,

                                      s/ Robin Andrews
                                      Gregory von Schaumburg, IL Bar No. 3127782
                                      Robin Andrews, IL Bar No. 6285644
                                      Attorneys for Plaintiff
                                      U.S. SECURITIES AND
                                      EXCHANGE COMMISSION
                                      175 W. Jackson Blvd., Suite 900 Chicago, IL 60604
                                      Telephone: (312) 353-7390
                                      Facsimile: (312) 353-7398

Dated:  June 6, 2008