UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| v. | : CASE NO. 1:08-cv-2224 |
| JASON R. HYATT, JAY JOHNSON, and HYATT JOHNSON CAPITAL, LLC | : Hon. George W. Lindberg |
| | : Magistrate Judge Michael T. Mason |
| Defendants. | : |

**CERTIFICATE OF SERVICE**

I, Robin Andrews, an Attorney for Plaintiff Securities and Exchange Commission, hereby certify that on June 6, 2008, I caused true and correct copies of the foregoing to be served upon Defendants by email, via counsel:

Thomas M. Leinenweber, Esq. (thomas@landb.us)

Mark L. Rotert, Esq. (mrotert@stetleranduffy.com)

Robert P. Handler, Esq. (rhandler@com-rec.com)

s/ Robin Andrews
Robin Andrews, Illinois Bar No. 6285644
Attorney for Plaintiff
U.S. SECURITIES AND
EXCHANGE COMMISSION
175 W. Jackson Blvd., Suite 900
Chicago, IL 60604
Telephone: (312) 353-7390
Facsimile: (312) 353-7398