## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2224 | **DATE** | 6/12/2008 |
| **CASE TITLE** | SEC vs. Hyatt, et al. | | |

**DOCKET ENTRY TEXT**

Enter supplemental receiver order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|

FILED-EOD
2008 JUN 15 PM 7:29
U.S. DISTRICT COURT
CLERK