Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 2224 | DATE | 6/13/2008 |
| CASE TITLE | SEC vs. Jason Hyatt, et al. | | |

**DOCKET ENTRY TEXT**

Enter order modifying the Order freezing assets of Jason R. Hyatt and Hyatt Johnson Capital.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | SLB |
|---|---|---|---|