UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLIONIOS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JASON HYATT, )<br>JAY JOHNSON, and )<br>HYATT JOHNSON CAPITAL, LLC. )<br>)<br>Defendants. ) | No. 08-cv-2224<br><br>Judge Lindberg<br>Magistrate Judge Mason |

### AGREED ORDER

This matter coming before the Court on the Motion of Defendant, Jason R. Hyatt, on to Modify the Order Freezing Assets of Jason R. Hyatt and Hyatt Johnson Capital, notice having been given, and the Court being fully advised:

IT IS HEREBY ORDERED:

1. That funds in the amount of fifty-two thousand, five hundred and fifty-three dollars and seventy-seven cents ($52,553.77) currently located in account number XXXXXX0620 at the Private Bank may be released to Jason R. Hyatt.

2. The funds released shall not be included in assets of Jason R. Hyatt over which Robert Handler has been appointed Receiver.

_____
Judge George Lindberg

JUN 1 3 2008
Date

Order prepared by:

THOMAS MORE LEINENWEBER
Leinenweber & Baroni, LLC
321 South Plymouth Court, Suite 1515
Chicago, Illinois 60604
(312) 663-3003