**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

United States Securities and Exchange Commission
                                        Plaintiff,
v.                                                       Case No.: 1:08−cv−02224
                                                         Honorable George W. Lindberg

Jason R. Hyatt, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 2, 2008:

    MINUTE entry before the Honorable George W. Lindberg: Hearing set for 7/16/2008 at 10:00a.m. on the moton by Plaintiff United States Securities and Exchange Commission for order to show cause as to Jason Hyatt and Heidi Hyatt.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.