## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, ) ) ) | |
| Plaintiff, ) | Case No. 1:08-cv-2224 |
| v. ) ) | Honorable George W. Lindberg |
| JASON R. HYATT, JAY JOHNSON, and HYATT JOHNSON CAPITAL, LLC, ) ) ) | Magistrate Judge Michael T. Mason |
| Defendants. ) | |

### NOTICE OF MOTION

To:  See Service List

PLEASE TAKE NOTICE that on Wednesday, July 9, 2008 at 1:00 p.m. we shall appear before the Honorable George W. Lindberg in Courtroom 1425 of the Northern District of Illinois, Eastern Division, 219 S. Dearborn, Chicago, Illinois, and present, **MOTION FOR AUTHORITY TO SELL AIRCRAFT FREE AND CLEAR PURSUANT TO PURCHASE AGREEMENT AND TO PAY SECURED DEBT AT CLOSING**, a copy of which is attached hereto.

Respectfully submitted,

**ROBERT HANDLER**

By:   */s/ Paula K. Jacobi*
         One of his attorneys

Paula K. Jacobi, Esq.
Sugar, Friedberg & Felsenthal LLP
30 North LaSalle Street, Suite 3000
Chicago, Illinois 60602
(312) 704-9400

130685-1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that copies of this NOTICE OF MOTION and MOTION FOR AUTHORITY TO SELL AIRCRAFT FREE AND CLEAR PURSUANT TO PURCHASE AGREEMENT AND TO PAY SECURED DEBT AT CLOSING were served in the following fashion and on the following parties:

By electronic mail service pursuant to the Court's CM/ECF system, on the following counsel, on July 3, 2008:

    Robert Paul Handler     rhandler@com-rec.com

    Mark L. Rotert     mrotert@stetleranduffy.com, edocket@stetleranduffy.com

    Sarah Joyce Hewitt     hewitts@sec.gov

    Joseph Daniel Frank     jfrank@fgllp.com, ccarpenter@fgllp.com_sumry

    Thomas More Leinenweber     thomas@landb.us

    Robin Andrews     andrewsr@sec.gov

    Henry M. Baskerville     hbasker@stetleranduffy.com, edocket@stetleranduffy.com

Via Messenger and Facsimile, on those parties set forth below, on July 3, 2008

Gregory Paul Von Schaumburg
Charles J Kerstetter
Securities & Exchange Commission
175 West Jackson Street
Suite 900
Chicago IL 60604-2601
FAX: (312) 353-7398

Via Facsimile, on those parties set forth below, on July 3, 2008

Michael J. Edelman
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, NY 10019
FAX: (212) 407-7799

                                                     */s/ Paula K. Jacobi*
                                                     Paula K. Jacobi

130685-1