UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | :<br>:<br>: |
| Plaintiff, | :<br>: Case No. 1:08-cv-2224 |
| v. | :<br>: |
| JASON R. HYATT, JAY JOHNSON, and HYATT JOHNSON CAPITAL, LLC | :<br>: Hon. George W. Lindberg<br>:<br>: Magistrate Judge Michael T. Mason |
| Defendants. | :<br>: |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Wednesday, July 9, 2008**, at the hour of 9:30 a.m., the United States Securities and Exchange Commission ("SEC") shall appear before the Honorable George W. Lindberg in Courtroom 1425 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present the **SEC'S EMERGENCY MOTION FOR RULE TO SHOW CAUSE AGAINST DEFENDANT JASON R. HYATT AND HEIDI E. HYATT**, filed on July 7, 2008, a copy of which was served upon you on that date.

Respectfully submitted,

*Sally Hewitt*
Gregory von Schaumburg, IL Bar No. 3127782
Robin Andrews, IL Bar No. 6285644
Sally Hewitt, IL Bar No. 6193997
Attorneys for Plaintiff

                         U.S. SECURITIES AND
                         EXCHANGE COMMISSION
                         175 W. Jackson Blvd., Suite 900
                         Chicago, IL 60604
                         Telephone: (312) 353-7390
                         Facsimile: (312) 353-7398

Dated: July 7, 2008