UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JASON R. HYATT,<br>JAY JOHNSON, and<br>HYATT JOHNSON CAPITAL, LLC<br><br>　　　　　Defendants. | CASE NO. 1:08-cv-2224<br><br>Hon. George W. Lindberg<br><br>Magistrate Judge Michael T. Mason |

## CERTIFICATE OF SERVICE

I, Sally Hewitt, an Attorney for Plaintiff Securities and Exchange Commission, hereby certify that on July 7, 2008, I caused true and correct copies of the foregoing to be served upon counsel for Defendants Jason Hyatt and Jay Johnson and the Receiver for Hyatt Johnson Capital, LLC as follows:

Thomas Leinenweber at thomas@landb.us

Mark Rotert at mrotert@stetleranduffy.com

pjacobi@sff-law.com and rhandler@com-rec.com

　　　　　　　　　　　　　　　　　　　s/ Sally Hewitt
　　　　　　　　　　　　　　　　　　　Sally Hewitt, Illinois Bar No. 6193997
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　U.S. SECURITIES AND
　　　　　　　　　　　　　　　　　　　EXCHANGE COMMISSION
　　　　　　　　　　　　　　　　　　　175 W. Jackson Blvd., Suite 900
　　　　　　　　　　　　　　　　　　　Chicago, IL  60604
　　　　　　　　　　　　　　　　　　　Telephone:  (312) 353-7390
　　　　　　　　　　　　　　　　　　　Facsimile:  (312) 353-7398