# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

United States Securities and Exchange Commission
                                      Plaintiff,

v.

Jason R. Hyatt, et al.
                                      Defendant.

Case No.:
1:08−cv−02224

Honorable George W. Lindberg

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 14, 2008:

      MINUTE entry before the Honorable George W. Lindberg:Hearing held on 7/9/2008 on the MOTION by Receiver Robert Handler Authority to Sell Aircraft Free and Clear Pursuant to Purchase Agreement and to Pay Secured Debt at Closing. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.