# GUNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | )<br>)<br>) |
| Plaintiff, | ) Case No. 1:08-cv-2224<br>) |
| v. | ) Honorable George W. Lindberg<br>) |
| JASON R. HYATT, JAY JOHNSON, and HYATT JOHNSON CAPITAL, LLC, | ) Magistrate Judge Michael T. Mason<br>)<br>) |
| Defendants. | ) |

## ORDER

THIS MATTER COMING TO BE HEARD ON <u>Motion For Authority To Sell Aircraft Free And Clear Pursuant To Purchase Agreement And To Pay Secured Debt At Closing</u> (the "Motion")[1]; due notice having been given to all entitled thereto; no objections to the Motion having been filed with the Court or presented in open Court at the hearing; and this Court having held a hearing on the Motion taking evidence by proffer and being fully advised in the premises, FINDS as follows:

(1) The Purchase Price for one Boeing 737-528 Airframe Bearing Manufacturer's Serial Number 27424 (the "Aircraft") or the beneficial ownership interests in a trust that holds title to the Aircraft is adequate and fair consideration; and

(2) The Sale, substantially on terms set forth in the Purchase Agreement, is in the best interests of HJ Capital and Holdings' estate;

NOW THEREFORE, IT IS HEREBY ORDERED that:

(A) The Motion is granted.

(B) The Receiver is authorized and empowered (i) to sell the Aircraft or the beneficial ownership interests in a trust that holds title to the Aircraft in accordance with the Purchase Agreement substantially in the form set forth as Exhibit A to the Motion free and clear of all claims and encumbrances, including, without limitation, those of Deutsche AG New York Branch, and (ii) to take all actions and to execute all

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings set forth in the Motion.

130666-1

        documents, including, without limitation, the Exhibits to the Purchase Agreement, that are necessary to consummate the Sale and related transactions contemplated thereunder and to effect the terms of this Order.

(C)     In the event that the Escrow Deposit is to be returned to the Assignee under the terms of the Purchase Proposal or the Escrow Agreement (both as defined in the Purchase Agreement), the Receiver may direct the Escrow Deposit to be released without any further Order of this Court and such action shall not be subject to these proceedings.

(D)     The Receiver is authorized and empowered to pay to Deutsche Bank AG New York Branch, the amount of the Debt (not to exceed the amount set forth in the Pay-Off Letter) that is agreed to by the Receiver in full satisfaction of the mortgage on the Aircraft held by Deutsche Bank AG New York Branch, so that upon payment the Aircraft is free of all liens and encumbrances of Deutsche Bank AG New York Branch.

Dated: July 14, 2008, 2008

ENTER:

_____
Hon. George W. Lindberg
Senior U.S. District Judge

130666-1         2