UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | : : : |
| Plaintiff, | : : |
| v. | : CASE NO. 1:08-cv-2224 : |
| JASON R. HYATT, JAY JOHNSON, and HYATT JOHNSON CAPITAL, LLC | : : Honorable George W. Lindberg : : Magistrate Judge Michael T. Mason |
| Defendants. | : : |

AGREED ORDER MAKING FINDINGS OF CONTEMPT OF
THE COURT'S APRIL 18, 2008 ASSET FREEZE ORDER
BY JASON R. HYATT AND HEIDI E. HYATT

This cause coming to be heard upon the SEC's April 19, 2008 Motion for Rule to Show Cause Against Jason R. Hyatt and Heidi E. Hyatt:

I.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Jason R. Hyatt and Heidi E. Hyatt are expressly found to have acted in contempt of the Court's April 18, 2008 asset freeze order in connection with the unauthorized withdrawal of $57,000 in cash from an account at The Private Bank on April 18, 2008.

## II.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Court shall retain jurisdiction of this matter for all purposes.

SO ORDERED:

*/s/ George W. Lindberg*
**UNITED STATES DISTRICT JUDGE**
**Honorable George W. Lindberg**

**Dated:   July 25, 2008**

2

3

**AGREED TO BY THE PARTIES:**

_____
Robin Andrews, IL Bar No. 6285644
One of the Attorneys for Plaintiff
U.S. SECURITIES AND
EXCHANGE COMMISSION
175 W. Jackson Blvd., Suite 900 Chicago, IL 60604
Telephone: (312) 353-7390
Facsimile: (312) 353-7398


_____
Thomas M. Leinenweber
Attorney for Respondent Jason R. Hyatt
(312) 663-3003


_____
Matthew J. McQuaid
Attorney for Respondent Heidi E. Hyatt
(312) 726-9015