UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| | ) | Case No. 1:08-cv-2224 |
| Plaintiff, | ) | |
| v. | ) | Honorable George W. Lindberg |
| | ) | |
| JASON R. HYATT, JAY JOHNSON, and HYATT JOHNSON CAPITAL, LLC, | ) ) | Magistrate Judge Michael T. Mason |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

**To:  Parties of Record**

Please be advised that on August 15, 2008, we caused to be filed with the United States District Court, Northern District of Illinois, Eastern Division, ***Robert P. Handler, Receiver's Emergency Motion for Control and Possession of all Jason Hyatt Assets, including St. Charles and Geneva Homes, Personal Property and Automobiles and, if necessary, Authorizing Use of U.S. Marshal to Facilitate Receiver's Possession of Assets***, a copy of which is hereby served upon you via the USDC ECF electronic system.

Dated: August 15, 2008

                                                        Respectfully Submitted

                                                        **ROBERT P. HANDLER, Receiver**

                                                      /s/*Paula K. Jacobi*

Paula K. Jacobi
Deborah L. Thorne
Kevin Driscoll
Barnes & Thornburg LLP
One North Wacker Drive
Suite 4400
Chicago, Illinois  60606
(312) 357-1313 /
Counsel to the Receiver

CHDS01 PJACOBI 481065v1