**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLIONIOS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES SECURITIES COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08-cv-2224 |
| ) | |
| JASON HYATT, ) | Judge Lindberg |
| JAY JOHNSON, and ) | Magistrate Judge Mason |
| HYATT JOHNSON CAPITAL, LLC. ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF MOTION**

To:   Paula Jacobi
    Barnes and Thornburg LLP
    One North Wacker Drive
    Chicago, IL 60606

   Gregory Paul Von Schaumburg
   Charles Kerstetter
   Robin Andrews
   Sarah Joyce Hewitt
   United States Securities and Exchange Commission
   175 West Jackson, Suite 900
   Chicago, Illinois 60604

   Mark Rotert
   Henry Baskerville
   Stetler & Duffy, Ltd.
   11 South LaSalle Street, Suite 1200
   Chicago, IL 60603

   PLEASE take notice that on August 15, 2008, I filed the attached **DEFENDANT JASON HYATT'S RESPONSE TO EMERGENC MOTION** with the United States District Court for the Northern District of Illinois at 219 South Dearborn Street, Chicago, Illinois, a copy of which is hereby served upon you via electronic filing.

                    /s/Thomas More Leinenweber
                    Thomas More Leinenweber

**PROOF OF SERVICE**

      I, Thomas More Leinenweber, an attorney, swear I served a copy of the above-referenced documents on the parties on the attached service list via e-mail on August 15, 2008.

|  |  |
|---|---|
|  | /s/Thomas More Leinenweber |
| Thomas More Leinenweber | Thomas More Leinenweber |
| Leinenweber & Baroni, LLC |  |
| 321 South Plymouth Court |  |
| Suite 1515 |  |
| Chicago, Illinois 60604 |  |
| (312) 663-3003 |  |