UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

United States Securities and Exchange Commission, et al.

          Plaintiff,

v.

Jason R. Hyatt, et al.

          Defendant.

Case No.: 1:08−cv−02224

Honorable George W. Lindberg

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 15, 2008:

    MINUTE entry before the Honorable Ruben Castillo:After careful review of the emergency motion for control and possession of all Jason Hyatt assets, including St. Charles and Geneva homes, personal property and automobiles and, if necessary, authorizing use of U.S. Marshal to facilitate receiver's possession of assets and defendant's response, the Court hereby grants said motion. The Receiver should submit a draft order to chambers.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.