UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | )<br>)<br>) Case No. 1:08-cv-2224 |
| Plaintiff, | )<br>) |
| v. | ) Honorable George W. Lindberg<br>) |
| JASON R. HYATT, JAY JOHNSON, and HYATT JOHNSON CAPITAL, LLC, | ) Magistrate Judge Michael T. Mason<br>)<br>) |
| Defendants. | )<br>) |

## NOTICE OF MOTION

To:    Counsel of Record (via ECF service)

Please take notice that on **Wednesday, August 20, 2008**, at **11:00 a.m.**, or as soon thereafter as counsel may be heard, we will appear before the Honorable George W. Lindberg, in Courtroom 1425 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, IL 60604, or any judge sitting in his place and stead, and then and there present *Handler's Motion to Authorize Receiver to Invest Estate Funds*, a copy of which is hereby served upon you via the court's ECF service.

Dated: August 15, 2008

Respectfully Submitted

**ROBERT P. HANDLER, Receiver**

/s/*Robert P. Handler*

Paula K. Jacobi
Deborah L. Thorne
Kevin Driscoll
Barnes & Thornburg LLP
One North Wacker Drive
Suite 4400
Chicago, Illinois 60606
(312) 357-1313
Counsel to the Receiver

CHDS01 PJACOBI 481169v1