UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| | ) | Case No. 1:08-cv-2224 |
| Plaintiff, | ) | |
| v. | ) ) | Honorable George W. Lindberg |
| JASON R. HYATT, JAY JOHNSON, and HYATT JOHNSON CAPITAL, LLC, | ) ) ) | Magistrate Judge Michael T. Mason |
| Defendants. | ) ) | |

## NOTICE OF FILING

**To:  Parties of Record**

      Please be advised that on August 19, 2008, we caused to be filed with the United States District Court, Northern District of Illinois, Eastern Division, ***Robert P. Handler, Receiver's Initial Report*** a copy of which is hereby served upon you via the USDC ECF electronic system.

Dated: August 19, 2008

                                        Respectfully Submitted

                                        **ROBERT P. HANDLER, Receiver**

                                        <u>/s/*Paula K. Jacobi*                              </u>

Paula K. Jacobi
Deborah L. Thorne
Kevin Driscoll
Barnes & Thornburg LLP
One North Wacker Drive
Suite 4400
Chicago, Illinois  60606
(312) 357-1313 /
Counsel to the Receiver