## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | George W. Lindberg | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2224 | **DATE** | 8/20/2008 |
| **CASE TITLE** | SEC vs. Hyatt, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 9/24/08 at 11:00 a.m. Motion by Receiver Robert Handler to authorize receiver to invest estate funds [101] is granted for reasons stated in open court.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | LCW |
|---|---|---|