UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | )<br>)<br>) Case No. 1:08-cv-2224 |
| Plaintiff, | ) |
| v. | ) Honorable George W. Lindberg |
| | ) |
| JASON R. HYATT, JAY JOHNSON, and HYATT JOHNSON CAPITAL, LLC, | ) Magistrate Judge Michael T. Mason<br>)<br>) |
| Defendants. | ) |

**ORDER ON MOTION TO AUTHORIZE RECEIVER TO INVEST ESTATE FUNDS**

THIS MATTER COMING ON for hearing on an emergency basis, on the Motion To Authorize Receiver to Invest Estate Funds ("Motion") filed by Robert P. Handler, not individually, but as court-appointed Receiver ("Handler" or the "Receiver") of Defendants Hyatt Johnson Capital, LLC ("HJ Capital") and Jason R. Hyatt ("Hyatt"); due notice having been given to all entitled thereto; and the Court being fully advised in the premises:

NOW THEREFORE IT IS HEREBY ORDERED that:

1. The Motion is granted.

2. To the extent the Receiver, in his sole discretion, deems appropriate, his is authorized, but not required, to invest fund he has receovered/received inter alia from the same of aircraft and HJ Capital accounts ("Estate Funds") in: short-term U.S. Treasury securities backed by the full faith and credit of the U.S. Government, obligations whose principal and interest are unconditionally guaranteed by the United States, and/or money market funds authorized to invest solely in direct obligations of the United States; provided, that investments in the U.S. Treasury securities will not be made through repurchase agreements or other derivative products.

Dated: August 20, 2008

Ordered: _/s/ George W. Lindberg_
Judge George W. Lindberg