NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | : | |
| Plaintiff, | : | |
| v. | : | CASE NO. 1:08-cv-2224 |
| JASON R. HYATT, JAY JOHNSON, and HYATT JOHNSON CAPITAL, LLC | : | Hon. George W. Lindberg |
| | : | Magistrate Judge Michael T. Mason |
| Defendants. | : | |

**MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

Plaintiff, United States Securities and Exchange Commission ("SEC"), respectfully moves this Court for an order to compel BCI Aircraft Leasing, Inc. ("BCI") and Rothgerber Johnson & Lyons LLP ("Rothgerber") to fully and immediately produce documents in accordance with the Subpoenas Duces Tecum which the SEC has served upon them in the captioned litigation. The subpoenas to BCI on June 30, 2008 and August 6, 2008 had respective return dates of July 14, 2008 and August 20, 2008, and the subpoena to Rothgerber had a return date of August 20, 2008. The SEC received one production in response to its August 6, 2008 subpoena to BCI, which was grossly inadequate. The SEC has conferred and corresponded with Rothgerber, counsel for BCI, in an attempt to resolve this dispute, but these efforts have failed. The SEC accordingly moves for a motion compelling BCI and Rothgerber to fully and immediately produce the documents requested in the subpoenas.

                            Respectfully submitted,

                            s/ Robin Andrews
                            Gregory von Schaumburg, IL Bar No. 3127782
                            Robin Andrews, IL Bar No. 6285644
                            Attorneys for Plaintiff
                            U.S. SECURITIES AND
                            EXCHANGE COMMISSION
                            175 W. Jackson Blvd., Suite 900 Chicago, IL 60604
                            Telephone: (312) 353-7390
                            Facsimile: (312) 353-7398

Dated: August 22, 2008