**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, :<br><br>Plaintiff, :<br><br>v. :<br><br>JASON R. HYATT, :<br>JAY JOHNSON, and :<br>HYATT JOHNSON CAPITAL, LLC :<br><br>Defendants. : | CASE NO. 1:08-cv-2224<br><br>Hon. George W. Lindberg<br><br>Magistrate Judge Michael T. Mason |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, **August 27, 2008**, at the hour of 9:30 a.m., the United States Securities and Exchange Commission ("SEC") shall appear before the Honorable George W. Lindberg in Courtroom 1425 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present, and seek a hearing date regarding, the SEC's **MOTION TO COMPEL PRODUCTION OF DOCUMENTS**, filed on August 22, 2008, a copy of which was served upon you on that date.

Respectfully submitted,

s/ Robin Andrews
Gregory von Schaumburg, IL Bar No. 3127782
Robin Andrews, IL Bar No. 6285644
Attorneys for Plaintiff
U.S. SECURITIES AND
EXCHANGE COMMISSION
175 W. Jackson Blvd., Suite 900 Chicago, IL 60604
Telephone: (312) 353-7390
Facsimile: (312) 353-7398

Dated: August 22, 2008