**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,** | : | |
| Plaintiff, | : | |
| v. | : | CASE NO. 1:08-cv-2224 |
| **JASON R. HYATT,** | : | |
| **JAY JOHNSON, and** | : | Hon. George W. Lindberg |
| **HYATT JOHNSON CAPITAL, LLC** | : | |
| | : | Magistrate Judge Michael T. Mason |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I, Robin Andrews, an Attorney for Plaintiff Securities and Exchange Commission, hereby certify that on August 22, 2008, I caused true and correct copies of the foregoing to be served upon Respondents BCI Aircraft Leasing Inc. and Rothgerber Johnson & Lyons LLP by email, via counsel Greg Kanan, Esq. (gkanan@rothgerber.com) and upon Defendants by email, via counsel Thomas M. Leinenweber, Esq. (thomas@landb.us), Mark L. Rotert, Esq. (mrotert@stetleranduffy.com), and Robert P. Handler, Esq. (rhandler@com-rec.com)

        s/ Robin Andrews
        Robin Andrews, Illinois Bar No. 6285644
        Attorney for Plaintiff
        U.S. SECURITIES AND
        EXCHANGE COMMISSION
        175 W. Jackson Blvd., Suite 900
        Chicago, IL 60604
        Telephone: (312) 353-7390
        Facsimile: (312) 353-7398