UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

United States Securities and Exchange Commission, et al.

                      Plaintiff,

v.                            Case No.: 1:08−cv−02224

                          Honorable George W. Lindberg

Jason R. Hyatt, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 25, 2008:

      MINUTE entry before the Honorable George W. Lindberg:The motion to compel production of documents [108] is denied. A motion to compel is not the appropriate method for obtaining documents from a non−party. See F.R.C.P. 37. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.