UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | )<br>)<br>) Case No. 1:08-cv-2224 |
| Plaintiff, | )<br>) |
| v. | ) Honorable George W. Lindberg<br>) |
| JASON R. HYATT, JAY JOHNSON, and HYATT JOHNSON CAPITAL, LLC, | ) Magistrate Judge Michael T. Mason<br>)<br>) |
| Defendants. | )<br>) |

### RECEIVER'S APPLICATION FOR AUTHORITY TO PAY BROKERAGE COMMISSIONS FEES AND COSTS ADVANCED RELATING TO SALE OF BA 737 AIRCRAFT

Robert P. Handler, not individually, but as court-appointed Receiver ("Handler" or the "Receiver") of Defendants Hyatt Johnson Capital, LLC ("HJ Capital") and Jason R. Hyatt ("Hyatt"), in accordance with this Court's Orders of May 5, 2008 and June 11, 2008 hereby requests that this Court enter an Order authorizing the Receiver to pay commissions due to Brokers (as that term is hereinafter defined) and to reimburse costs advanced by Brokers related to the sale of the BA 737 aircraft.[1] In support of this Application, Handler states as follows:

**Introduction**

1. On May 5, 2008, at the request of the plaintiff U.S. Securities Exchange Commission (the "SEC"), this Court entered an Agreed Order Appointing Receiver Over Defendant Hyatt Johnson Capital LLC in which the Receiver, *inter alia*, was appointed as receiver for defendant HJ Capital.

2. On June 11, 2008, at the request of the Receiver, this Court entered an Order,

---

[1] An application for payment of the legal fees incurred by Special Counsel in connection with sale of the BA 737 will be filed separately.

inter *alia*, expanding the Receiver's authority so as to become receiver of HJC Asset Holdings Manager, Inc. ("HJC Manager"), the manager of HJC Asset Holdings, LLC ("HJC Holdings"), and authorizing him to pursue sale of the various aircraft, including the BA 7373, indirectly owned by HJC Holdings (the "HJC Receiver Order").

3.      On July 14, 2008, this Court entered an order, docket no. 90, which authorized the Receiver to sell the beneficial interest in the trust, owned indirectly by HJC Holdings, which owned the BA 737. Previous orders of this Court authorized the Receiver to hire counsel and other professionals, such as brokers, to carry out his duties in this case, which has included marketing and selling the BA 737. *See, e.g,*, Agreed Order Appointing Receiver Over Defendant Hyatt Capital at §II(E) (Docket Number 34); Order Appointing Receiver Over All Assets of Jason R. Hyatt at §II(E) (Docket Number 71); *and* Order Supplementing Receiver Order at (2)(b) & (2)(e) (Docket Number 73).

4.      As set forth in more detail in the Receiver's Initial Report, docket no. 105, which he has filed with this Court prior to this Application (the "Initial Report"), the BA 737 was sold on July 21, 2008, which resulted in the estate receiving approximately $3.2 million[2] after payment of sums due to Deutsche Bank, the secured lender on the BA 737. A detailed summary of the sale is attached hereto as <u>Exhibit A</u>.

5.      By this Application, Handler seeks authority to pay the Brokers' fees and costs incurred with the sale of the BA 737.

**Brokers**

6.      Prior to the Receiver's appointment on May 5, 2008, HJC Holdings had entered

---

[2] This is prior to payment of brokerage commissions and costs, plus the fees and costs of the Receiver's special counsel retained for this transaction. In addition, pursuant to the asset purchase agreement, the Receiver placed $250,000 of the sale proceeds in a special escrow account. The funds in this account will be returned to the Estate six months following closing provided no claims are made against the purchaser related to HJC Holdings' acquisition of the aircraft from BCI Aircraft Leasing, LLC.

into two (2) separate "exclusive" marketing agreements respecting the BA 737: One with Mercury-ALPS Aviation Management LLC ("Mercury") requiring a commission of 1.5% of the gross sale proceeds plus costs and the other with ComAirTrading, LLC ("ComAirTrading") requiring a commission of 2.5% without costs. Mercury and ComAirTrading are collectively referred to herein as the "Brokers".

7. The Receiver negotiated a settlement between the Brokers so that they would jointly market the BA 737 and split a single 3% commission fee plus having their respective costs advanced reimbursed.

8. The Brokers actively marketed the BA 737, placing advertisements for the sale in *Speednews* and *Plane Mart*, well-read trade publications for the aircraft industry, and sending approximately three hundred (300) emails to potential aircraft investors. The Brokers handled inquiries from prospective purchasers, reviewed letters of intent and bids, and, with the Receiver and Special Counsel, negotiated sale of the BA 737 for $9.8 million.

9. The commissions owed to the Brokers for this sale based on the settlement negotiated by the Receiver totals $294,000, i.e. 3% of the $9.8 million purchase price, or $147,000 for each Broker - Mercury and ComAirTrading.

10. Mercury's invoice for this $147,000 plus costs of $700 for the *Speednews* publication advertising is attached hereto as Exhibit B. ComAirTrading's invoice for this $147,000 is attached hereto as Exhibit C.

11. The Receiver has determined that Brokers' fees are proper and reasonable and that they should be paid.

12. Had the Receiver not negotiated a reduction in the broker commissions from 4.0%

(based on 2.5% to ComAirTrading and 1.5% to Mercury) to 3.0%[3], the commission would have been $392,000 since both brokers held an exclusive right to sell. Thus, the resulting commission savings to this estate totaled $98,000.

**Reservation of Rights for Additional Fees and Expenses Related to the Sale of the BA 737**

13.    This Application may not include all expenses incurred related to the sale of the BA 737. Special Counsel and the Receiver had fees and costs related to the BA 737. Therefore, the Receiver reserves the right to request reimbursement of additional expenses for such amounts in connection with future applications.

WHEREFORE, Robert Handler, Receiver, respectfully requests that the Court enter an order, in the form attached hereto, authorizing him (i) to pay Mercury and ComAirTrading, LLC each $147,000 in commissions from the estate; (ii) to pay Mercury $700 in costs from the estate; and (iii) for such other and further relief as this Court may deem just and proper.

Dated: August 27, 2008

                              Respectfully Submitted

                              **ROBERT P. HANDLER, Receiver**

                              By: /s/*Paula K. Jacobi*
                                  One of his attorneys

Paula K. Jacobi
Deborah L. Thorne
Barnes & Thornburg LLP
One North Wacker Drive, Suite 4400
Chicago, Illinois 60606
(312) 357-1313
Counsel to the Receiver
CHDS01 KCD 494041v1

---

[3] The Initial Report incorrectly identified the Broker's joint commission as 2.5% with $147,000 savings. As set forth above, the Broker's joint commission is 3% with $98,000 in savings.

Net Proceeds from Sale of
Boeing 737-500
Leased to British Airways

| | | |
|---|---:|---:|
| Gross Sales Price | | $ 9,800,000.00 |
| Plus: Interest earned on security deposit (see note 1) | | $ 1,282.32 |
| Sub-total | | $ 9,801,282.32 |
| Less: | | |
| Rent received not earned ($135,000 - 4 days @ $4,500/day) | $ 117,000.00 | |
| Payoff to Deutsche Bank | $ 6,218,029.86 | |
| One-half of escrow fees (1/2 X $2,500) | $ 1,250.00 | |
| Corporate Services Company (LLC fees) | $ 868.20 | |
| One half of British Airways legal fees (1/2/ X $5,000) | $ 2,500.00 | |
| Escrow funds per purchase agreement | $ 250,000.00 | $ 6,589,648.06 |
| Net cash received | | $ 3,211,634.26 |

Note 1: It appears that the closing agent gave the Seller (Receiver) credit for interest earned on the Purchaser's security deposit whereas the Letter of Intent states that all accrued interest earned shall be applied to the Purchase Price. The Receiver is researching this issue to determine if the interest should be remitted to the Purchaser.



EXHIBIT A



815 Summer Ct.
Buffalo Grove, IL 60089

Phone: (847) 821-1162
Fax: (847) 821-1862

www.mercuryaviationpartners.com

MERCURY AVIATION
PARTNERS LLC

INVOICE

July 18, 2008

For services render pursuant to the Aircraft Management and Remarketing Agreement dated January 25, 2008 between HJC Asset Holdings, LLC and Mercury-ALPS Aviation Management, LLC and the Agreement with Respect to Sale of Aircraft dated May 21, 2008 between HJC Asset Holdings, LLC, Mercury-ALPS Aviation Management and ComAirTrading, Inc.

Fees and Expenses related to the sale of one Boeing 737-528 S/N 2742

| | |
|---|---|
| **Gross sale Price** | **$9,800.00.00** |
| **Commission Rate** | **3.0%** |
| **Gross Commission** | **$294,000.00** |
| **MAAM's Share 50%** | **$147,000.00** |
| **Expenses** | |
| **SpeedNews** (invoices attached) | **$700.00** |
| **Amount Due MAAM** | **$147,700.00** |

**Please note the new payment instructions.**

Payment should be sent via wire transfer to:

Mercury-ALPS Aviation Management, LLC.
JPMorgan Chase Bank, N.A.
Chicago, Il 60670
Account # 706262029
ABA # 071000013

EXHIBIT B

# ComAirTrading, Inc.



Commercial Aircraft Sales, Leasing, and Consulting
PO Box 101077, Chicago, Illinois 60610. Tel. 630-862-8989. Fax. 630-839-1374

**Invoice No.** 8212008

**INVOICE**

| **Customer** | | **Misc** | |
|---|---|---|---|
| Name | HJC Asset Holdings, LLC<br>HJC Asset Holdings Manager, Inc., It's Manager | Date | 7/21/2008 |
| Address | c/o Commercial Recovery Associates, LLC | Reference | MSN 27424 |
| City | 205 W. Wacker Drive, Suite 918 | Rep | BV |
| Phone | 312-428-4858 | FOB | |

US Dollars

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | Sales commission for sale of Boeing 737-500 MSN 27424 | $294,000.00 | $147,000.00 |
| | | SubTotal | $147,000.00 |

| **Payment** | Other | Tax Rate(s) | |
|---|---|---|---|
| Comments | | **TOTAL** | **$147,000.00** |
| Name | | | |
| CC # | | Office Use Only | |
| Expires | | | |

Please pay by wire transfer to: Account name: ComAirTrading, Inc., Bank name: Citibank,   Account Number: 800719399, ABA No.: 271070801, SWIFT Code: CITIUS33
email info@comairtrading.com

**EXHIBIT C**