NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | CASE NO. 1:08-cv-2224 |
| JASON R. HYATT, JAY JOHNSON, and HYATT JOHNSON CAPITAL, LLC | : : : : | Hon. George W. Lindberg |
| Defendants. | : : : | Magistrate Judge Michael T. Mason |

### SEC'S MOTION FOR RULE TO SHOW CAUSE
### AGAINST BCI AIRCRAFT LEASING, INC. AND BRIAN HOLLNAGEL

Plaintiff, the United States Securities and Exchange Commission ("the SEC"), pursuant to Rule 45(e) of the Federal Rules of Civil Procedure, respectfully requests that this Court enter an order requiring BCI Aircraft Leasing, Inc. ("BCI") and Brian Hollnagel ("Hollnagel") to show cause why they should not be held in contempt for failing to fully and completely respond to the SEC's Subpoenas Duces Tecum ("Subpoenas") dated June 30, 2008 and August 6, 2008.

The subpoenas issued on June 30, 2008 and August 6, 2008 had respective return dates of July 14 and August 20. To date, the SEC has not received a proper and complete response from BCI regarding either of these subpoenas. The SEC has conferred and corresponded with counsel for BCI in an attempt to resolve this dispute, but these efforts have failed. It also appears that Hollnagel falsely represented to the SEC that he had no documents responsive to his June 30 subpoena. The SEC accordingly asks this Court to enter an order (1) requiring BCI and Hollnagel to fully and completely respond to the SEC's subpoenas, and (2) requiring BCI and Hollnagel to show cause as to why they should not be held in contempt of court. In support of this Motion, the Commission submits an accompanying memorandum of law.

        Respectfully submitted,

        s/ Robin Andrews
        Gregory von Schaumburg, IL Bar No. 3127782
        Robin Andrews, IL Bar No. 6285644
        John Kaleba, appearing *pro hac vice*
        Charles J. Kerstetter, appearing *pro hac vice*
        Attorneys for Plaintiff
        U.S. SECURITIES AND
        EXCHANGE COMMISSION
        175 W. Jackson Blvd., Suite 900 Chicago, IL 60604
        Telephone: (312) 353-7390
        Facsimile: (312) 353-7398

Dated:  August 28, 2008