NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | : : : : |
| Plaintiff, | : : |
| v. | : CASE NO. 1:08-cv-2224 : |
| JASON R. HYATT, JAY JOHNSON, and HYATT JOHNSON CAPITAL, LLC | : : Hon. George W. Lindberg : : Magistrate Judge Michael T. Mason |
| Defendants. | : : |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, **September 3, 2008**, at the hour of 9:30 a.m., the United States Securities and Exchange Commission ("SEC") shall appear before the Honorable George W. Lindberg in Courtroom 1425 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present, and seek a hearing date regarding, the SEC's **MOTION FOR RULE TO SHOW CAUSE AGAINST BCI AIRCRAFT LEASING, INC. AND BRIAN HOLLNAGEL**, filed on August 28, 2008, a copy of which was served upon you on that date.

Respectfully submitted,

s/ Robin Andrews
Gregory von Schaumburg, IL Bar No. 3127782
Robin Andrews, IL Bar No. 6285644
Attorneys for Plaintiff
U.S. SECURITIES AND
EXCHANGE COMMISSION
175 W. Jackson Blvd., Suite 900 Chicago, IL 60604
Telephone: (312) 353-7390
Facsimile: (312) 353-7398

Dated: August 28, 2008