**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,** : : : | |
| **Plaintiff,** : : | |
| v. : : | **CASE NO. 1:08-cv-2224** |
| **JASON R. HYATT,** : | |
| **JAY JOHNSON, and** : | **Hon. George W. Lindberg** |
| **HYATT JOHNSON CAPITAL, LLC** : : | |
| : | **Magistrate Judge Michael T. Mason** |
| **Defendants.** : : | |

## CERTIFICATE OF SERVICE

I, Robin Andrews, an Attorney for Plaintiff Securities and Exchange Commission, hereby certify that on August 28, 2008, I caused true and correct copies of the foregoing to be served upon Respondents BCI Aircraft Leasing Inc. and Brian Hollnagel by email, via counsel Greg Kanan, Esq. (gkanan@rothgerber.com) and upon Defendants by email, via counsel Thomas M. Leinenweber, Esq. (thomas@landb.us), Mark L. Rotert, Esq. (mrotert@stetleranddthat.com), and Robert P. Handler, Esq. (rhandler@com-rec.com).

                                                s/ Robin Andrews
                                                Robin Andrews, Illinois Bar No. 6285644
                                                Attorney for Plaintiff
                                                U.S. SECURITIES AND
                                                EXCHANGE COMMISSION
                                                175 W. Jackson Blvd., Suite 900
                                                Chicago, IL 60604
                                                Telephone: (312) 353-7390
                                                Facsimile: (312) 353-7398