UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division

United States Securities and Exchange Commission, et al.

            Plaintiff,

v.                  Case No.: 1:08−cv−02224
                   Honorable George W. Lindberg

Jason R. Hyatt, et al.

            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 3, 2008:

  MINUTE entry before the Honorable George W. Lindberg: Hearing held and continued to 9/10/2008 at 9:00a.m. Response due 9/5/2008 by noon to plaintiff's motion for order to show cause against BCI Aircraft Leasing, Inc. and Brian Hollnagel. Any objections to the receivers first interim application for compensation and reimbursement of costs, must be filed by 9/8/2008.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.