UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | CASE NO. 1:08-cv-2224 |
| : | |
| **JASON R. HYATT,** : | |
| **JAY JOHNSON, and** : | Honorable George W. Lindberg |
| **HYATT JOHNSON CAPITAL, LLC** : | |
| : | Magistrate Judge Michael T. Mason |
| **Defendants.** : | |
| : | |

**ORDER MAKING FINDINGS OF CONTEMPT BY BCI AIRCRAFT LEASING, INC. AND BRIAN HOLLNAGEL AND OTHER RELIEF**

This cause coming to be heard upon the U.S. Securities and Exchange Commission's ("SEC") August 28, 2008 Motion for Rule to Show Cause against BCI Aircraft Leasing, Inc. ("BCI") and Brian N. Hollnagel ("Hollnagel"), which was properly noticed for hearing before this Court on September 3, 2008, but for which neither BCI nor Hollnagel nor their counsel appeared:

I.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that BCI and Hollnagel are expressly found to have acted in contempt of the June 30, 2008 and August 6, 2008 subpoenas issued by the SEC in this Court ("the subpoenas") by failing to fully, properly, and completely provide all responsive documents in a timely manner.

II.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that BCI and Hollnagel make full, proper, and complete responses to the subpoenas by noon Chicago time on Friday, September 5, 2008.

### III.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that in the event BCI and Hollnagel fail to make full, proper, and complete responses to the subpoenas by noon Chicago time on Friday, September 5, 2008, they shall each be fined $1,000 for each day afterwards, including weekends and holidays, that BCI and Hollnagel have not made such full, proper, and complete responses.

### IV.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that BCI and Hollnagel pay costs and reasonable attorney fees incurred by the SEC in its repeated attempts to obtain documents responsive to the subpoenas.  The SEC shall file a fee petition for the Court's consideration.

### V.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Court shall retain jurisdiction of this matter for all purposes.

SO ORDERED:

_____
**UNITED STATES DISTRICT JUDGE**
**Honorable George W. Lindberg**

**Dated:  __September 3, 2008**