U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 1:08-cv-2224

U.S. Securities and Exchange Commission,
v.
Jason R. Hyatt, Jay Johnson, and Hyatt Johnson Capital, LLC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
BCI Aircraft Leasing, Inc. and Brian Hollnagel

| | |
|---|---|
| NAME (Type or print) <br> Stephen A. Wood | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Stephen A. Wood | |
| FIRM <br> Kelley Drye & Warren LLP | |
| STREET ADDRESS <br> 333 W. Wacker Drive - Ste. 2600 | |
| CITY/STATE/ZIP <br> Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6210458 | TELEPHONE NUMBER <br> 312-857-7070 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |