IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>JASON R. HYATT,<br>JAY JOHNSON, AND<br>HYATT JOHNSON CAPITAL, LLC,<br><br>　　　　Defendants. | No. 1:08-cv-2224<br><br>Hon. George W. Lindberg<br><br>Magistrate Judge Michael T. Mason |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **September 10, 2008, at 9:30 a.m**., or as soon thereafter as counsel may be heard, we shall appear before Judge George W. Lindberg or any sitting judge in his stead in the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 1425 at the Everett McKinley Dirksen Courthouse, 219 S. Dearborn Street, Chicago, Illinois 60604, and then and there present their <u>Motion for Leave to file their Motion to Vacate Court's Order Making Findings of Contempt by BCI Aircraft Leasing, Inc. and Brian Hollnagel and Other Relief</u>, *Instanter,* a copy of which is submitted herewith.

Dated:  September 4, 2008

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Stephen A. Wood
　　　　　　　　　　　　　　　　　　　　　　　　Stephen A. Wood
　　　　　　　　　　　　　　　　　　　　　　　　Matthew C. Luzadder
　　　　　　　　　　　　　　　　　　　　　　　　KELLEY DRYE & WARREN LLP

{00594822 / 1}
CH01/LUZAM/233941.1

333 West Wacker Drive, Suite 2600
Chicago, IL 60606
T: (312) 857-7070
F: (312) 857-7095

Gregory B. Kanan*
Stephen E. Csajaghy*
ROTHGERBER JOHNSON & LYONS LLP
One Tabor Center, Suite 3000
1200 17th Street
Denver, CO 80202
T: (303) 623-9000
F: (303) 623-9222

* Applications for *Pro Hac Vice* Admission pending

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2008, I caused the foregoing to be served upon the following counsel of record electronically before the hour of 6:00 p.m.:

Gregory von Schaumburg, Esq.
Robin Andrews, Esq.
Division of Enforcement
Securities and Exchange Commission
175 W. Jackson Boulevard
Chicago, Illinois 60604

Henry M. Baskerville
Stelter & Duffy, Ltd.
11 S. LaSalle, Suite 1200
Chicago, IL 60603
hbasker@stetlerandduffy.com

Paula K. Jacobi
Barnes & Thornburg LLP
1 North Wacker Dr.
Suite 4400
Chicago, IL 60602
pjacobi@btlaw.com

Thomas More Leinenweber
Leinenweber & Baroni, LLC
321 South Plymouth Court
11th Floor
Chicago, IL 60604
thomas@landb.us

Matthew John McQuaid
53 West Jackson
Suite 1420
Chicago, IL 60604
mcquaidmat@aol.com

Mark L. Rotert
Stetler & Duffy, Ltd.
11 South LaSalle, Suite 1200
Chicago, IL 60603
mrotert@stetlerandduffy.com

Dated: September 4, 2008

/s/ Stephen A. Wood
Stephen A. Wood
Matthew C. Luzadder
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, Suite 2600
Chicago, IL  60606
T: (312) 857-7070
F: (312) 857-7095