UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division

United States Securities and Exchange Commission, et al.

                Plaintiff,

v.

Jason R. Hyatt, et al.

                Defendant.

Case No.: 1:08−cv−02224
Honorable George W. Lindberg

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 5, 2008:

    MINUTE entry before the Honorable George W. Lindberg: Motion of non−parties BCI Aircraft Leasing, Inc. and Brian Hollnagel for leave to file motion to vacate court's September 3, 2008 Order making findings of contempt by BCI Aircraft Leasing, Inc. and Brian Hollnagel and other relief, instanter [127] is granted. The SEC is ordered to file a written response to the motion to vacate by 12:00 p.m. on September 9, 2008. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.