**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division**

United States Securities and Exchange Commission, et al.

            Plaintiff,

v.

Jason R. Hyatt, et al.

            Defendant.

Case No.: 1:08−cv−02224

Honorable George W. Lindberg

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 5, 2008:

    MINUTE entry before the Honorable George W. Lindberg: The response to the motion for rule to show cause [132] is stricken as moot. The court already ruled on the motion for rule to show cause on 9/3/08. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.