UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) Case No. 1:08-cv-2224 |
| v. | ) Honorable George W. Lindberg ) |
| JASON R. HYATT, JAY JOHNSON, and HYATT JOHNSON CAPITAL, LLC, | ) Magistrate Judge Michael T. Mason ) ) |
| Defendants. | ) ) |

## SUPPLEMENT TO RECEIVER'S FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF COSTS

Robert P. Handler, not individually, but as court-appointed Receiver ("Handler" or the "Receiver") of Defendants Hyatt Johnson Capital, LLC ("HJ Capital") and Jason R. Hyatt ("Hyatt"), in accordance with this Court's Orders of May 5, 2008 and June 11, 2008, supplements his First Interim Application for Compensation and Reimbursement of Costs [doc. #114] ("Application") as follows:

1. On September 3, 2008, at hearing on the Application, this Court requested information regarding other district court cases wherein Receivers were appointed, the Receivers filed Applications For Compensation and those applications were allowed.

2. The following are a few examples of such cases:

 a. In <u>Commodity Futures Trading Comm. V. John Lofgren et. al.</u> Case Number 02 C 6222 pending in the United States District Court for the Northern District of Illinois:

 8/30/2002- Order appointing Receiver [doc.# 8]

 9/5/2002 – Application of Receiver to Retain Counsel [doc.# 14] Rates at which Receiver (an attorney) and his counsel would bill in 2002 ranged from $165 to $345/hour

   9/6/2002- Order appointing counsel for Receiver [doc.#16]

   10/30/2002 – Application of Equity Receiver and Counsel for Compensation [doc.#27] Receiver (Stephen Bobo) for 2002 work charged $345/hour and his counsel charged between $195 to $375/hour depending on the attorney

   12/13/2002--Order entered awarding Receiver and his counsel D'Ancona & Pflaum LLC the full amount of compensation and expense reimbursement requested [doc.#28]

   11/30/2005 – Application of Equity Receiver and Counsel for Compensation [doc.#131] Receiver (Stephen Bobo) for 2003-2005 work charged $370/hour and his counsel charged between $210 to $425/hour depending on the attorney

   12/12/2005--Order entered awarding Receiver and his counsel Sachnoff Weaver LLC the full amount of compensation and expense reimbursement requested [doc.#144

  b. In <u>Commodity Futures Trading Comm. v. V-Tek Trading Group, Inc. et. al.</u> Case Number 04 C 5853 pending in the United States District Court for the Northern District of Illinois:

   06/28/2005- Order appointing Receiver [doc.# 95]

   10/18/2005 – Application of Receiver to Authorize Payment of Fees for June 28,2005 to August 31, 2005 [doc.#114] Receiver (Deborah Thorne) charged $350/hour and her counsel charged between $195 to $385/hour depending on the attorney.

   10/26/2005--Order entered awarding Receiver and her counsel Barnes & Thornburg the compensation and expense reimbursement requested [doc.#129]

   This case is still open. Since 2005, four additional applications for compensation for the Receiver and her counsel have been submitted and approved. A total of $379,772.61 in fees has been allowed through November 2007 see e.g. Order on Second and Third Applications [docs.##217 and 279].

  c. In Citibank FSB v. <u>Weinberger et. al.</u> Case Number 04 cv 497 pending in the United States District Court for the Northern District of Indiana Robert Handler was appointed receiver before the case was transferred to the United States District Court for the Northern District of Indiana:

> 12/09/2004 –Receiver's First Interim Application For Compensation And Reimbursement of Costs Authorize Payment of Fees for June 28, 2005 to August 31, 2005 [doc.#4] Receiver (Robert Handler) charged $275/hour, his staff was charged at $225/hour and his local Indiana counsel charged $125 and $225/hour depending on the attorney.
>
> 02/18/2005--Order entered awarding the Receiver and her counsel the compensation and expense reimbursement that had been requested [doc.#31]
>
> A Second, Third and Final fee applications for the Receiver, his staff and his counsel were filed [doc.## 110, 179 and 189]
>
> 03/31/2006 [doc. #216] and 04/25/2006 [doc.#218] adopted magistrate findings allowing fees.

3. The fees charges by Robert Handler which were approved by the SEC when it requested that Mr. Handler be appointed receiver are at the rate of $305 for Mr. Handler and $180 to $225 for his staff members. The fee charges Receiver's counsel, whose employment was approved by Court order, range from $280 to $425/hour.

4. The Receiver respectfully submits that the hourly rates requested for his and his staff's services and those of his counsel are well within the range of fees charged in 2008.

5. Further, the rates Receiver and his staff which does a substantial portion of all work needed are generally less than the receivers in two case examples cited herein because those receivers are attorneys who charge at attorney rates.

WHEREFORE, Robert Handler, Receiver, respectfully requests that the Court award him $ 158,448.00 as compensation for actual and necessary professional services rendered, the sum

of $ 3,207.82 for his out-of-pocket expenses incurred, and the sum of $ 40,186.89 in fees and expenses for his Receiver.

Dated: September 5, 2008

                                      Respectfully Submitted

                                      ROBERT P. HANDLER, Receiver

                                      /s/*Paula K. Jacobi*
                                      One of his Attorneys

Paula K. Jacobi
Barnes & Thornburg LLP
One North Wacker Drive
Suite 4400
Chicago, Illinois 60606
(312) 357-1313
Counsel to the Receiver

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a copy of the foregoing, *Supplement To Receiver's First Interim Application For Compensation and Reimbursement of Costs,* was filed on September 5, 2008 and served on the attorneys of record via the Court's electronic case filing system.

By: ___/s/ Paula K. Jacobi
Paula K. Jacobi