EXHIBIT C-1

| Date | Consultant | Receivership Activity | Service | Time | Rate | Fee |
|---|---|---|---|---|---|---|
| 12/1/2009 | ARF | R1 | Preparation and transmittal of correspondence to Cecile Rodriguez, Citibank, re: additional check returned by Secretary of State. | 0.10 | 225.00 | 22.50 |
| 12/1/2009 | ARF | R7 | Review of aircraft lease terms and preparation of summary to send to Gary Davis, Avitas, for retroactive aircraft valuation. | 0.50 | 225.00 | 112.50 |
| 12/1/2009 | ARF | R4 | Preparation and transmittal of email to Giacomo Panaro, JP Euro, re: Alitalia Maintenance reserve invoices from December, 2006. | 0.10 | 225.00 | 22.50 |
| 12/1/2009 | ARF | R8 | Review of documentation regarding redemption of membership interests in HJ USA 2004. | 0.10 | 225.00 | 22.50 |
| 12/1/2009 | ARF | R8 | Preparation of spreadsheets regarding second interim distribution to investors, | 4.90 | 225.00 | 1,102.50 |
| 12/1/2009 | RPH | R2 | Review of Corporate reports for investor and manager entities for filing with Illinois Sec. of State | 0.40 | 305.00 | 122.00 |
| 12/1/2009 | RPH | R1 | Teleconference with Pat Dzuris concerning status with FDIC insurance and options for 2010 respecting trust accounts | 0.20 | 305.00 | 61.00 |
| 12/1/2009 | RPH | R5 | Review of and amendment of proposed correspondence to investor Becksted concerning potential assignment of interest | 0.20 | 305.00 | 61.00 |
| 12/1/2009 | RPH | R7 | Review of current lease summaries for asset valuation project | 0.30 | 305.00 | 91.50 |
| 12/1/2009 | RPH | R2 | Review of current Citibank escrow coverage outlines | 0.20 | 305.00 | 61.00 |
| 12/2/2009 | ARF | R8 | Teleconference with Jay Johnson regarding redemptions of membership interests in HJ USA 2004, LLC. | 0.10 | 225.00 | 22.50 |
| 12/2/2009 | ARF | R1 | Review of check received from Citibank for Secretary of State and forward same to Secretary of State. | 0.10 | 225.00 | 22.50 |
| 12/2/2009 | ARF | R4 | Teleconference with Akash Bansal, Deloitte Ireland, regarding proposed audit adjustments. | 0.30 | 225.00 | 67.50 |
| 12/2/2009 | ARF | R7 | Review of e-mail from Kara Levine, Avitas, re: aircraft lease rates and respond to same. | 0.20 | 225.00 | 45.00 |
| 12/2/2009 | ARF | R4 | Preparation of adjusting journal entries for 2008 financials for BCI IRL MSN 477/488-2006, Limited. | 0.20 | 225.00 | 45.00 |

Exhibit C-1

Commercial Recovery Associates, LLC  
2 of 7

Summary of Services  
to Hyatt Johnson

Date: December 2009  
Printed: 2/15/2010

| Date | Initials | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/2/2009 | RPH | R4 | Review of R. McGreal statement and approve same for payment | 0.30 | 305.00 | 91.50 |
| 12/2/2009 | RPH | R4 | Preparation and transmittal of email to Irish directors and counsel concerning upcoming directors meeting | 0.20 | 305.00 | 61.00 |
| 12/2/2009 | RPH | R8 | Review of Mercury assignment of claim | 0.20 | 305.00 | 61.00 |
| 12/2/2009 | RPH | R7 | Review of lease summaries for valuation project | 0.20 | 305.00 | 61.00 |
| 12/2/2009 | RPH | R3 | Preparation and transmittal of email to Luca Mendicini concerning issuance of demand on CAI and background of documentation of claim offset for maintenance reserves with PK Air | 0.20 | 305.00 | 61.00 |
| 12/2/2009 | RPH | R8 | Review of potential scenarios for second investor distribution | 0.30 | 305.00 | 91.50 |
| 12/3/2009 | ARF | R2 | Preparation of updated cash receipts and cash disbursements schedules, | 3.10 | 225.00 | 697.50 |
| 12/3/2009 | RPH | R5 | Teleconference with Jeff Crohn of Schwab concerning Lake Shore ventures | 0.10 | 305.00 | 30.50 |
| 12/3/2009 | RPH | R8 | Review of potential rollover debit/credit in further distributions | 0.30 | 305.00 | 91.50 |
| 12/4/2009 | ARF | R2 | Continued preparation of cash receipts and cash disbursements schedules and monthly summaries. | 1.60 | 225.00 | 360.00 |
| 12/4/2009 | ARF | R8 | Continued preparation of cash distribution spreadsheets regarding second interim distribution to investors. | 0.40 | 225.00 | 90.00 |
| 12/4/2009 | RPH | R5 | Review of HJ USA 2004 transfer documents from J. Johnson | 0.20 | 305.00 | 61.00 |
| 12/4/2009 | RPH | R6 | Teleconference with Robin Andrews concerning status with Bridgeview settlement | 0.10 | 305.00 | 30.50 |
| 12/4/2009 | RPH | R3 | Teleconference with Paula Jacobi concerning handling of Bridgeview claim | 0.20 | 305.00 | 61.00 |
| 12/4/2009 | RPH | R1 | Review of current period accounting and cash flow | 0.30 | 305.00 | 91.50 |
| 12/7/2009 | ARF | R4 | Review draft 2008 financials for BCI IRL MSN 477/488-2006, Limited and additional research regarding tax issues relating to trading status in Ireland. | 0.70 | 225.00 | 157.50 |
| 12/7/2009 | RPH | R4 | Teleconference with BCI IRL Directors Blessing and McGreal concerning revision of contract with JP Aero, domesticating activities in Dublin and need for corporate approvals for loans or dividends to corporate parent | 0.70 | 305.00 | 213.50 |
| 12/7/2009 | RPH | R1 | Teleconference with Pat Dzuris concerning available interest earning accounts meeting SEC guidelines | 0.20 | 305.00 | 61.00 |

Exhibit C-1

| Date | Initials | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/7/2009 | RPH | R1 | Review of BCI IRL audited statement respecting treatment of capital contributions from BCI USA | 0.30 | 305.00 | 91.50 |
| 12/8/2009 | ARF | R8 | Research redemptions of membership interests in HJ USA 2004, LLC and draft letter to two investors requesting repayment of initial distribution. | 0.80 | 225.00 | 180.00 |
| 12/8/2009 | ARF | R7 | Teleconference with Kara Levine, Avitas, re retroactive valuation of aircraft. | 0.30 | 225.00 | 67.50 |
| 12/8/2009 | ARF | R8 | Continued preparation of letters to investors re: second interim distribution. | 0.20 | 225.00 | 45.00 |
| 12/8/2009 | ARF | R8 | Review of draft letter to investors re: distribution. | 0.20 | 225.00 | 45.00 |
| 12/8/2009 | RPH | R8 | Review of Shefsky's docketing statement and motion for extension to file opening brief | 0.20 | 305.00 | 61.00 |
| 12/8/2009 | RPH | R8 | Review of proposed secondary distribution | 0.30 | 305.00 | 91.50 |
| 12/8/2009 | RPH | R8 | Review of proposed demand letter for return of distribution | 0.30 | 305.00 | 91.50 |
| 12/8/2009 | RPH | R8 | Preparation of amendments to cover letter to investors for additional distribution | 0.40 | 305.00 | 122.00 |
| 12/8/2009 | RPH | R4 | Review of JP Aero invoice and initiate wire transfer for payment of same | 0.30 | 305.00 | 91.50 |
| 12/8/2009 | RPH | R3 | Teleconference with Paula Jacobi concerning motion to approve special counsel and status with secondary distribution | 0.20 | 305.00 | 61.00 |
| 12/9/2009 | ARF | R4 | Research and respond to questions from Akash Bansal, Deloitte, Ireland, re: audit adjustments to 2008 Financial Statements for BCI IRL MSN 477/488-2006, Limited. | 0.20 | 225.00 | 45.00 |
| 12/9/2009 | ARF | R4 | Teleconference with Akash Bansal, Deloitte, Ireland, re: audit issues. | 0.30 | 225.00 | 67.50 |
| 12/9/2009 | ARF | R4 | Preparation of Maintenance reserve invoices for Alitalia for November activity. | 0.50 | 225.00 | 112.50 |
| 12/9/2009 | ARF | R4 | Additional teleconference with Akash Bansal, Deloitte, Ireland, re: financial statement adjustments. | 0.20 | 225.00 | 45.00 |
| 12/9/2009 | ARF | R4 | Preparation and transmittal of email to Giacomo Panaro, JP Euro, regarding Alitalia maintenance reserve invoices. | 0.10 | 225.00 | 22.50 |
| 12/9/2009 | ARF | R4 | Preparation of revised 2008 financial statements, director's report, and footnotes for BCI IRL MSN 477/'488-2006, Limited. | 7.80 | 225.00 | 1,755.00 |

Exhibit C-1

Commercial Recovery Associates, LLC  
4 of 7

Summary of Services  
to Hyatt Johnson

Date: December 2009  
Printed: 2/15/2010

| Date | Initials | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/9/2009 | RPH | R4 | Review of open accounting questions respecting 2008 audited statement for BCI IRL | 0.20 | 305.00 | 61.00 |
| 12/9/2009 | RPH | R7 | Teleconference with G. Spellmire concerning status with Shefsky's answer and motion to approve counsel | 0.20 | 305.00 | 61.00 |
| 12/9/2009 | RPH | R4 | Preparation and transmittal of email to R.McGreal and Peter Blessing concerning domestication of BCI IRL accounts in Ireland | 0.20 | 305.00 | 61.00 |
| 12/9/2009 | RPH | R4 | Review of Deloitte Ireland's comments to current draft of 2008 statement | 0.40 | 305.00 | 122.00 |
| 12/9/2009 | RPH | R4 | Review of and attend to payment of Irish accountants' invoice | 0.30 | 305.00 | 91.50 |
| 12/9/2009 | RPH | R4 | Review of utilization reports and invoices respecting Alitalia aircraft | 0.30 | 305.00 | 91.50 |
| 12/10/2009 | ARF | R4 | Review of BCI IRL MSN 477/488-2006, Limited 2008 financial statements. | 0.10 | 225.00 | 22.50 |
| 12/10/2009 | ARF | R8 | Review of distribution worksheets and forward for entry into accounting system. | 0.20 | 225.00 | 45.00 |
| 12/10/2009 | ARF | R4 | Teleconference with Bob Matz re: initial distribution and status of case. | 0.20 | 225.00 | 45.00 |
| 12/10/2009 | ARF | R4 | Distribution of Alitalia maintenance reserve invoices for November activity. | 0.10 | 225.00 | 22.50 |
| 12/11/2009 | ARF | R8 | Preparation of letters to investors re: second interim distribution. | 3.20 | 225.00 | 720.00 |
| 12/11/2009 | RPH | R4 | Preparation of payment authorization for Deloitte Dublin | 0.20 | 305.00 | 61.00 |
| 12/11/2009 | RPH | R4 | Review of correspondence from Luca Mendicini concerning CAI's response to demand letter | 0.10 | 305.00 | 30.50 |
| 12/14/2009 | ARF | R7 | Review of draft valuation report prepared by Avitas re: retroactive valuation of aircraft. | 0.30 | 225.00 | 67.50 |
| 12/14/2009 | ARF | R4 | Review of proposed changes to 2008 financial statements for BCI IRL MSN 477/488-2006, Limited. | 0.40 | 225.00 | 90.00 |
| 12/14/2009 | ARF | R4 | Preparation of revised 2008 financials for BCI IRL MSN 477/488-2006, Limited and transmit to Sinead Moore, Deloitte, Ireland. | 0.50 | 225.00 | 112.50 |
| 12/14/2009 | ARF | R8 | Preparation of revised distribution letter to investors. | 0.90 | 225.00 | 202.50 |
| 12/15/2009 | ARF | R7 | Detailed review of Avitas valuation report. | 1.10 | 225.00 | 247.50 |
| 12/15/2009 | ARF | R8 | Further revisions to investor distribution letters. | 0.50 | 225.00 | 112.50 |
| 12/15/2009 | ARF | R4 | Review of correspondence from SH&E regarding inspection report invoice and search files for payments records. | 0.40 | 225.00 | 90.00 |

Exhibit C-1

| Date | Init | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/15/2009 | RPH | R7 | Review of Avitas draft report concerning valuation of aircraft as of release and assignment date | 0.40 | 305.00 | 122.00 |
| 12/15/2009 | RPH | R8 | Review of revised letter to investors and second distribution summary | 0.50 | 305.00 | 152.50 |
| 12/16/2009 | ARF | R8 | Preparation of final letters to investors regarding second interim distribution. | 1.70 | 225.00 | 382.50 |
| 12/16/2009 | ARF | R2 | Preparation and transmittal of email to Pat Dzuris, Citibank, re: discontinuing sweeping funds from HJ A3D 2003, LLC. | 0.20 | 225.00 | 45.00 |
| 12/16/2009 | ARF | R4 | Preparation and transmittal of email to Sinead Moore, Deloitte, Ireland, re: status of audit report for 2008 financials, BCI IRL MSN 477/488-2006, Limited. | 0.10 | 225.00 | 22.50 |
| 12/16/2009 | ARF | R4 | Preparation and transmittal of email to Gary Weissel, SH&E, regarding aircraft inspection invoice.  Prepare check in payment of same. | 0.20 | 225.00 | 45.00 |
| 12/16/2009 | ARF | R4 | Review of additional e-mail from Sinead Moore, Deloitte, Ireland, re: 2008 financials for BCI IRL MSN 477/488-2006, Limited. | 0.10 | 225.00 | 22.50 |
| 12/16/2009 | RPH | R7 | Teleconference with George Spellmire concerning effect of draft report concerning aircraft value and status with Shefsky answer or motion | 0.20 | 305.00 | 61.00 |
| 12/16/2009 | RPH | R8 | Review of and amendment of distribution cover correspondence and payment plan, followed by execution of distribution checks and letters to investors | 2.30 | 305.00 | 701.50 |
| 12/16/2009 | RPH | R6 | Teleconference with Robin Andrews concerning current payment plan for second distribution | 0.20 | 305.00 | 61.00 |
| 12/16/2009 | RPH | R1 | Meeting with Pat Dzuris concerning potential changes to banking procedures, use of available accounts for insurance purposes and potential investment in US Treasuries | 1.40 | 305.00 | 427.00 |
| 12/17/2009 | ARF | R4 | Teleconference with Sinead Moore, Deloitte, Ireland, re:  2008 financials, BCI IRL MSN 477/488-2006, Limited. | 0.10 | 225.00 | 22.50 |
| 12/17/2009 | ARF | R4 | Preparation of revisions to 2008 financials for BCI IRL MSN 477/488-2006, Limited. | 0.80 | 225.00 | 180.00 |
| 12/17/2009 | ARF | R4 | Preparation of January 2009 financials for BCI IRL MSN 477/488-2006, Limited. | 2.40 | 225.00 | 540.00 |
| 12/17/2009 | ARF | R1 | Update schedules for 2009 banking activity for Receiver. | 1.10 | 225.00 | 247.50 |
| 12/17/2009 | RPH | R4 | Review of latest draft of financial statements for BCI IRL | 0.60 | 305.00 | 183.00 |

Exhibit C-1

Summary of Services
to Hyatt Johnson

| Date | Staff | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/17/2009 | RPH | R5 | Teleconference with Alan Saposnik concerning circumstances leading to second distribution | 0.20 | 305.00 | 61.00 |
| 12/18/2009 | ARF | R4 | Preparation of February 2009 financials for BCI IRL MSN 477/488-2006, Limited. | 3.40 | 225.00 | 765.00 |
| 12/21/2009 | ARF | R4 | Review of invoices received from PK. | 0.30 | 225.00 | 67.50 |
| 12/21/2009 | ARF | R4 | Preparation of March 2009 financials for BCI IRL MSN 477/488-2006, Limited. | 2.20 | 225.00 | 495.00 |
| 12/21/2009 | ARF | R4 | Preparation of April 2009 financials for BCI IRL MSN 477/488-2006, Limited. | 1.20 | 225.00 | 270.00 |
| 12/21/2009 | ARF | R6 | Teleconference with Rick Antle re: distribution. | 0.10 | 225.00 | 22.50 |
| 12/21/2009 | ARF | R8 | Research Brown HJ D26 Distribution to verify that checks were issued in the correct amount. | 0.20 | 225.00 | 45.00 |
| 12/21/2009 | ARF | R4 | Preparation of May 2009 financials for BCI IRL MSN 477/488-2006, Limited. | 2.40 | 225.00 | 540.00 |
| 12/21/2009 | ARF | R8 | Teleconference with Jay Johnson re: redemption of membership interests in HJ USA 2004. | 0.20 | 225.00 | 45.00 |
| 12/21/2009 | RPH | R4 | Teleconference with Giacomo Panaro concerning timetable and cost for updating aircraft records audit | 0.30 | 305.00 | 91.50 |
| 12/21/2009 | RPH | R8 | Review of Brown HJ 26 distribution calculation | 0.20 | 305.00 | 61.00 |
| 12/21/2009 | RPH | R4 | Review of CRO Notice concerning deadline for filing report | 0.10 | 305.00 | 30.50 |
| 12/22/2009 | ARF | R4 | Continued preparation of May 2009 financials for BCI IRL MSN 477/488-2006, Limited. | 1.90 | 225.00 | 427.50 |
| 12/22/2009 | ARF | R7 | Review of potential claim against BCI Aircraft Leasing. | 0.20 | 225.00 | 45.00 |
| 12/22/2009 | ARF | R4 | Preparation of June 2009 financials for BCI IRL MSN 477/488-2006, Limited. | 3.50 | 225.00 | 787.50 |
| 12/22/2009 | RPH | R8 | Teleconference with Don Owens concerning background of transfer of interest | 0.20 | 305.00 | 61.00 |
| 12/22/2009 | RPH | R2 | Review of outstanding financial reporting issues for BCI IRL | 0.20 | 305.00 | 61.00 |
| 12/22/2009 | RPH | R4 | Analysis of P. Blessing invoice, approve and initiate payment of same | 0.30 | 305.00 | 91.50 |
| 12/22/2009 | RPH | R7 | Review of proposed revisions to Spellmire engagement letter | 0.20 | 305.00 | 61.00 |
| 12/22/2009 | RPH | R4 | Review of SH&E's report for November 2009 respecting USAir A319 | 0.30 | 305.00 | 91.50 |
| 12/23/2009 | ARF | R4 | Continued preparation of June 2009 financials for BCI IRL MSN 477/488-2006, Limited. | 0.90 | 225.00 | 202.50 |
| 12/23/2009 | ARF | R4 | Preparation of July 2009 financials for BCI IRL MSN 477/488-2006, Limited. | 1.60 | 225.00 | 360.00 |

Exhibit C-1

| Date | Staff | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/23/2009 | ARF | R4 | Preparation of August 2009 financials for BCI IRL MSN 477/488-2006, Limited and corrections to prior months' financials. | 3.00 | 225.00 | 675.00 |
| 12/29/2009 | ARF | R4 | Preparation of August 2009 Financial Statements for BCI IRL MSN 477/488-2006, Limited. | 0.30 | 225.00 | 67.50 |
| 12/29/2009 | ARF | R4 | Preparation of monthly and quarterly lease invoices for Alitalia for the period ending June 30, 2010. | 2.60 | 225.00 | 585.00 |
| 12/29/2009 | ARF | R4 | Preparation and transmittal of email to Brian Forrester, Deloitte Ireland, re: status of audit of 2008 financials for BCI IRL MSN 477/488-2006, Limited. | 0.10 | 225.00 | 22.50 |
| 12/30/2009 | ARF | R6 | Review of Receiver's interim report. | 0.30 | 225.00 | 67.50 |
| 12/30/2009 | ARF | R4 | Continued preparation of August 2009 Financial Statements for BCI IRL MSN 477/488-2006, Limited. | 1.30 | 225.00 | 292.50 |
| 12/30/2009 | ARF | R4 | Preparation of September 2009 Financial Statements for BCI IRL MSN 477/488-2006, Limited. | 1.90 | 225.00 | 427.50 |
| 12/31/2009 | ARF | R4 | Preparation of October 2009 Financial Statements for BCI IRL MSN 477/488-2006. Limited. | 1.90 | 225.00 | 427.50 |
| | | | | **83.40** | | **20069.00** |

Exhibit C-1