EXHIBIT C-2

| Commercial Recovery Associates | Services for Hyatt Johnson | | | December 2009 Date Printed: 2/15/2010 |
|---|---|---|---|---|

| **Time and Fee Summary** | **Hours** | **Rate** | **Fee** |
|---|---|---|---|
| Alan R. Friedman | 67.10 | $225.00 | $15,097.50 |
| Joe Petersen | | $225.00 | $0.00 |
| Robert Handler | 16.30 | $305.00 | $4,971.50 |
| Tom Goldblatt | | $225.00 | $0.00 |
| Tony Stonisch | | $180.00 | $0.00 |
| **Total** | **83.40** | | **$20,069.00** |
| | | | |
| R1 | 3.70 | | $1,024.50 |
| R2 | 5.70 | | $1,346.50 |
| R3 | 0.60 | | $183.00 |
| R4 | 49.10 | | $11,431.50 |
| R5 | 0.70 | | $213.50 |
| R6 | 0.70 | | $181.50 |
| R7 | 4.10 | | $1,042.50 |
| R8 | 18.80 | | $4,646.00 |
| R9 | | | |
| R10 | | | |
| | **83.40** | | **$20,069.00** |

Exhibit C-2