# EXHIBIT D

| Date | Source Name | Memo | Amount |
|---|---|---|---|
| 12/22/2009 | AT&T | Overseas call with Deloitte Ireland | 21.26 |
| 12/31/2009 | CIMCO | Conference Call with Irish Directors and Counsel | 3.85 |
| | | | 25.11 |