| Date | Category | Name / Invoice Num | Hours | Amount | Description |
|---|---|---|---|---|---|
| 1/3/2010 | 7 | Paula K. Jacobi | 3 | $1,395.00 | Research jurisdiction on 7th Cir. Appeal (statue/case); start work on draft Motion to Dismiss appeal. |
| 1/4/2010 | 7 | Paula K. Jacobi | 3.5 | $1,627.50 | Continue research and drafting of Motion to Dismiss. |
| 1/4/2010 | 7 | Jennifer A. Kimball | 1.6 | $464.00 | Strategized with P.Jacobi regarding language and interpretation of statutory provision allowing interlocutory appeals of receiver orders, and case law interpretations of language (.30); conducted further federal case law research into interlocutory appeal provision and cryptic meaning of provision relevant to receiver orders, and strong case law requiring strict interpretation of statute (1.1); identified most relevant case law to cite in support of dismissal of appeal (.20). |
| 1/5/2010 | 6 | Paula K. Jacobi | 3 | $1,395.00 | Draft and final of Order for Bridgeview and email to Bridgeview to get OK (1.0); Final edits to Motion to Dismiss Appeal; work on rules for Motion to Dismiss; review draft/edit/final of Motion to Stay Briefing of Appeal (2.0). |
| 1/5/2010 | 7 | Jaafar A. Riazi | 5.3 | $1,431.00 | Attention to preparation of the exhibits to motion to dismiss; examine the federal court general and circuit rules regarding filing and service of same; telephone conference with Seventh Circuit court clerk regarding same; prepare the motion to suspend the briefing schedule on Shefsky's appeal; prepare certificates of service for both; prepare the circuit court rule 26.1 disclosure statement and examine the controlling rule regarding same; attention to filing of the motion to dismiss, the motion to suspend briefing schedule and the disclosure statement. (No E-filing in seventh circuit) |
| 1/6/2010 | 6 | Paula K. Jacobi | 0.6 | $279.00 | Telephone conference with Receiver on distribution and net gain even after administrative expenses since case began regarding recent orders interest and motion to dismiss appeal of Shefsky (.30); telephone conference with Alan F. regarding BCI settlement and Bierdron payment (.10); telephone conference with Receiver on expert report regarding BCI damages and claim against Shefsky and retention agreement with counsel (.20). |
| 1/12/2010 | 7 | Jaafar A. Riazi | 0.3 | $81.00 | Examine Seventh Circuit docket regarding orders entered pertaining to the receiver Handler's motion to dismiss Shefsky's appeal and stay of |

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | briefing schedule issued by seventh circuit; examine Seventh Circuit rules regarding timeframe for filing reply briefs. |
| 1/22/2010 | 7 Jaafar A. Riazi | 1.8 | $486.00 | Begin examining Shefsky & Froelich, Ltd.'s response brief in opposition to the Receiver Handler's motion to dismiss; begin examining caselaw cited in said response brief. |
| 1/24/2010 | 7 Jaafar A. Riazi | 2 | $540.00 | Continue researching caselaw cited in Shefsky response brief. |
| 1/25/2010 | 7 Jaafar A. Riazi | 2.2 | $594.00 | Keycite/Shepardize caselaw cited in Shefsky's opposition/response brief and begin examining said caselaw relative to the "collateral order doctrine" (basis for jurisdiction). |
| 1/26/2010 | 7 Jaafar A. Riazi | 8 | $2,160.00 | Research "collateral order doctrine" (basis for jurisdiction) raised by Shefsky; examine caselaw regarding standing requirements in the Seventh Circuit; begin preparing reply brief draft; reexamine Receiver's motions to authorize preliminary distributions and supplement thereto in preparing said reply. |
| 1/26/2010 | 7 Brad E. Rago | 0.4 | $152.00 | Reviewed appellate court rules regarding materials included in record on appeal and reviewed appellate court docket regarding same. |
| 1/27/2010 | 5 Paula K. Jacobi | 0.4 | $186.00 | Work regarding motion for forfeiture on Hyatt just filed in criminal case and whether effects receivership and determine how to handle with U.S. Attorney with white collar crime partner. |
| 1/27/2010 | 7 Jaafar A. Riazi | 3.5 | $945.00 | Finish draft reply brief for Paula Jacobi; finish examining caselaw cited in the Receiver's Motion, Shefsky's opposition and keycited/Shepardized caselaw in preparing said reply; finish examining standing caselaw in preparing said reply. |
| 1/27/2010 | 5 Patrick J. Cotter | 0.4 | $202.00 | Email correspondence with Paula Jacobi. Voice mail correspondence with AUSA regarding Preliminary Order of Forfeiture. |
| 1/28/2010 | 5 Patrick J. Cotter | 0.4 | $202.00 | Telephone conference with AUSA Scott Drury regarding Government Forfeiture Order and effect on Receiver and convey to receiver recommendation. |
| 1/28/2010 | 7 Jaafar A. Riazi | 2.7 | $729.00 | Examine local rules pertaining to filing of reply brief; telephone call to Court's Clerk's Office; attention to filing final Reply brief. |
| 1/28/2010 | 7 Paula K. Jacobi | 5.5 | $2,557.50 | Work on draft and final of reply brief in support of motion to dismiss. |
| 1/29/2010 | 5 Kevin C. Driscoll | 0.6 | $243.00 | Advise receiver as to impact of US government forfeiture order and how that will impact |

Receiver's duties and obligations.

| | | |
|---|---|---|
| Category 5 | 1.8 | $833.00 |
| Category 6 | 3.6 | $1,674.00 |
| Catergory 7 | 39.8 | $13,162.00 |
| | | |
| Totals | 45.2 | $15,669.00 |

| Date | Initials | Name | Code | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|---|---|
| 1/2/2010 | 1759 | Paula K. Jacobi | 8 | 1 | 392.24 | 392.24 | Westlaw - Computerized Legal Research |
| 1/4/2010 | 1522 | Jennifer A. Kimball | 5 | 1 | 103.16 | 103.16 | Lexis - Computerized Legal Research |
| 1/22/2010 | 1819 | Jaafar A. Riazi | 8 | 1 | 281.26 | 281.26 | Westlaw - Computerized Legal Research |
| 1/26/2010 | 1819 | Jaafar A. Riazi | 8 | 1 | 826.76 | 826.76 | Westlaw - Computerized Legal Research |
| | | Totals | | | | 1,603.42 | |


EXHIBIT A
JANUARY 2010