| Date | Category | Name | Hours | Amount | Description |
|---|---|---|---|---|---|
| 12/4/2009 | 6 | Paula K. Jacobi | 0.3 | $139.50 | Telephone conference with Trustee regarding open issue on Bridgeview; telephone conference with Martin regarding Bridgeview settlement and Monday hearing. |
| 12/7/2009 | 7 | Jaafar A. Riazi | 0.6 | $162.00 | Start work on motion to dismiss appeal of Shefsky & Froelich Ltd.; examining Seventh Circuit rules on filing motions. |
| 12/7/2009 | 6 | Paula K. Jacobi | 1 | $465.00 | Court on Bridgeview dispute; review and edit affidavit from Bank. |
| 12/7/2009 | 6 | Paula K. Jacobi | 0.3 | $139.50 | Email from/to Receiver regarding Bridgeview affidavit needed to settle. |
| 12/7/2009 | 6 | Paula K. Jacobi | 0.3 | $139.50 | E-mail from/to Receiver regarding Bridgeview affidavit needed to settle. |
| 12/8/2009 | 7 | Paula K. Jacobi | 0.5 | $232.50 | Telephone conference with Receiver regarding Spellmire retention (.30); review engagement letter and suggest changes (.20). |
| 12/8/2009 | 6 | Kevin C. Driscoll | 0.2 | $81.00 | Consider potential distribution to investors. |
| 12/9/2009 | 7 | Paula K. Jacobi | 0.5 | $232.50 | Work on background for motion to dismiss appeal (.30); work on retention of attorney suing Shefsky (.20). |
| 12/9/2009 | 7 | Jaafar A. Riazi | 2.6 | $702.00 | Examining pleadings in this matter, including the receiver's application and amended application to distribute funds to investors, Shefsky & Froehlich's objections and the court's orders; begin examining federal caselaw interpreting the statutory provisions pertaining to interlocutory appeals. |
| 12/11/2009 | 7 | Jaafar A. Riazi | 2.6 | $702.00 | Research on federal caselaw interpreting the statutory provisions pertaining to interlocutory appeals in receivership cases. |
| 12/15/2009 | 7 | Jaafar A. Riazi | 1.5 | $405.00 | Begin draft of Receiver's Motion in the Seventh Circuit to dismiss Shefsky & Froelich Ltd.'s appeal. |
| 12/16/2009 | 7 | Jaafar A. Riazi | 3.8 | $1,026.00 | Finish draft of Receiver's Motion in the Seventh Circuit to dismiss Shefsky & Froelich Ltd.'s appeal; finish examining federal and local rules pertaining to the filing of the same. |
| 12/22/2009 | 7 | Kevin C. Driscoll | 0.4 | $162.00 | Revise/edit Spellmen retention letter (the Receiver's malpractice counsel for claim against Shefsky) adding section requiring that Spellmen comply with SEC Billing guidelines. |
| 12/23/2009 | 7 | Kevin C. Driscoll | 0.3 | $121.50 | Advise on retention issues for state court suit against Shefsky. |
| 12/31/2009 | 7 | Kevin C. Driscoll | 2.5 | $1,012.50 | Finalize, file Receiver 12th fee applications. |
| | | Category 6 | 2.1 | $964.50 | |
| | | Category 7 | 15.3 | $4,758.00 | |
| | | Total | 17.4 | $5,722.50 | |


EXHIBIT A — DECEMBER 2009