UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,** : : : | |
| Plaintiff, : : | |
| v. : : | CASE NO. 1:08-cv-2224 |
| **JASON R. HYATT,** : | |
| **JAY JOHNSON,** and : | Honorable Rebecca R. Pallmeyer |
| **HYATT JOHNSON CAPITAL, LLC** : : | Magistrate Judge Michael T. Mason |
| Defendants. : : | |

**MOTION FOR FINAL JUDGMENT AS TO DEFENDANT JASON R. HYATT**

Plaintiff, U.S. Securities and Exchange Commission ("SEC") hereby moves the Court to enter a Final Judgment as to Defendant Jason R. Hyatt ("Defendant Hyatt") that restates the relief previously ordered by the Court against Defendant Hyatt.

**Order of Permanent Injunction**

Defendant Hyatt previously consented to the entry of a Partial Final Judgment and Order of Permanent Injunction and Other Relief (ECF. No. 598, entered June 4, 2012).

**Disgorgement and Prejudgment Interest**

On December 7, 2013, the SEC voluntarily dismissed its claims for a civil penalty and filed a Motion for Imposition of Disgorgement as to Defendant Jason R. Hyatt (ECF No. 764). On March 6, 2014, the Court granted the SEC's Motion in its entirety via a Minute Order (ECF No. 772), but did not issue a formal opinion or order.

The SEC now seeks a Final Judgment in a separate document, consistent with Fed. R. Civ. P. 58(a), from this Court that incorporates and restates the above: (1) injunctive relief and (2) disgorgement and prejudgment interest.

Therefore, the SEC respectfully submits its Proposed Final Judgment as to Defendant Jason Hyatt, attached as Exhibit 1, and separately submitted to this Court's Proposed Order Mailbox.

Respectfully submitted,

s/ Robin Andrews
Robin Andrews, IL Bar No. 6285644
Attorney for Plaintiff
U.S. SECURITIES AND
EXCHANGE COMMISSION
175 W. Jackson Blvd., Suite 1450
Chicago, IL 60604
Telephone: (312) 353-7390
Facsimile: (312) 353-7398

Dated: February 26, 2021